RECEIVED
JUN 2 0 2012
JULIE A. RICHARDS, CLERK
US DISTRICT COURT, EDNC

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
Case No.

GUSTAVO ROMANELLO/ACELA ROM )
ANELLO )
Plaintiff(s), )
)
)
vs )
)
)
BANKUNITED, INC, TRUSTEE SERVI( )
CES OF CAROLINA, LLC, BROCK & SCOTT, PLLC )
Defendant(s). )
RAGSDALE LIGGETT, PLLC, ASHLEY H. CAMPBELL

## DISCLOSURE OF CORPORATE AFFILIATIONS AND OTHER ENTITIES WITH A DIRECT FINANCIAL INTEREST IN LITIGATION

Pursuant to Fed.R.Civ.P. 7.1 and Local Civil Rule 7.3, or Fed.R.Crim.P. 12.4 and Local Criminal Rule 12.3,

GUSTAVO ROMANELLO/ who is PLAINTIFFS ,
ACELA ROMANELLO
(name of party) (plaintiff/defendant/other:_____)

makes the following disclosure:

1. Is party a publicly held corporation or other publicly held entity?

   YES ◯   NO ⦿

2. Does party have any parent corporations?

   YES ◯   NO ⦿

If yes, identify all parent corporation, including grandparent and great-grandparent corporations:


3. Is 10% or more of the stock of a party owned by a publicly held corporation or other publicly held entity?

   YES ◯   NO ⦿

If yes, identify all such owners:

4. Is there any other publicly held corporation or other publicly held entity that has a direct financial interest in the outcome of the litigation (Local Civil Rule 7.3 or Local Criminal Rule 12.3)?

YES ○ NO ●

If yes, identify entity and nature of interest:

5. Is party a trade association?

YES ○ NO ●

If yes, identify all members of the association, their parent corporations, and any publicly held companies that own 10% or more of a member's stock:

6. If case arises out of a bankruptcy proceeding, identify any trustee and the members of any creditors's committee:

Signature: *Juston Romanello*
*Aceba Romanello*

Date: 06/~~19~~ 20/2012