IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
5:12-CV-371-FL

| | |
|---|---|
| GUSTAVO ROMANELLO, and<br>ACELA ROMANELLO,<br><br>    Plaintiffs,<br><br>v.<br><br>BANKUNITED, INC., SUBSTITUTE<br>TRUSTEE SERVICES OF CAROLINA,<br>LLC., BROCK & SCOTT, PLLC,<br>RAGSDALE LIGGETT, PLLC, and<br>ASHLEY H. CAMPBELL,<br><br>    Defendants. | **ORDER** |

This pro se case is before the court on the application (D.E. 1) by plaintiffs Gustavo Romanello and Acela Romanello ("plaintiffs") to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915(a)(1) and for a frivolity review pursuant to 28 U.S.C. § 1915(e)(2)(B), respectively. These matters were referred to the undersigned Magistrate Judge, pursuant to 28 U.S.C. § 636(b)(1)(A) and (B), respectively. The court finds that plaintiff has demonstrated appropriate evidence of inability to pay the required court costs, and the application to proceed i*n forma pauperis* is ALLOWED. However, the court must dismiss a case brought *in forma pauperis* if the court determines that the action is frivolous or malicious, fails to state a claim upon which relief can be granted, or seeks monetary relief from an immune defendant. 28 U.S.C. § 1915(e)(2)(B); *see Denton v. Hernandez*, 504 U.S. 25, 27 (1992) (standard for frivolousness). After a thorough review of plaintiff's proposed complaint (D.E. 1-1), which alleges violations of the Fair Debt Collection Practices Act, 15 U.S.C. § 1692, *et seq.*, and the North Carolina Unfair and Deceptive

Trade Practices Act, N.C. Gen. Stat. § 75-1, *et seq.*, the court finds that this case is not frivolous and does not suffer from the other deficiencies specified in 28 U.S.C. § 1915(e)(2)(B).

The Clerk is therefore DIRECTED to file the complaint and issue the summons prepared by plaintiff. The U.S. Marshal is DIRECTED to serve the summons and a copy of the complaint on defendant.

This, the 30th day of July 2012.

_____
James E. Gates
United States Magistrate Judge

2

Case 5:12-cv-00371-FL   Document 3   Filed 07/30/12   Page 2 of 2