IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF NORTH CAROLINA

WESTERN DIVISION

GUSTAVO ROMANELLO )

ACELA ROMANELLO )

    Vs.                                         Case No. 5:12 CV 371-FL

BANKUNITED, INC; SUBSTITUTE )

TRUSTEE SERVICES OF CAROLINA, LLC; )

BROCK & SCOTT, PLLC; RAGSDALE ) COMPLAINT

LIGGETT, PLLC; ASHLEY H. CAMPBELL ) JURY TRIAL DEMANDED

## MOTION TO AMEND CAPTION

Plaintiffs Gustavo Romanello and Acela Romanello, move the Court to amend the caption of the complaint to correct it as follows:

From: GUSTAVO ROMANELLO ACELA ROMANELLO VS.

BANKUNITED, INC; SUBSTITUTE TRUSTEE SERVICES OF CAROLINA, LLC;

BROCK & SCOTT, PLLC; RAGSDALE LIGGETT, PLLC; ASHLEY H. CAMPBELL

To:     GUSTAVO ROMANELLO ACELA ROMANELLO VS.

BANKUNITED, INC; TRUSTEE SERVICES OF CAROLINA, LLC;

BROCK & SCOTT, PLLC; RAGSDALE LIGGETT, PLLC; ASHLEY H. CAMPBELL

PLAINTIFFS _/s/ Gustavo Romanello_     _Acela Romanello_