IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF NORTH CAROLINA

WESTERN DIVISION

RECEIVED JUL 27 2012 JULIE A. RICHARDS, CLERK US DISTRICT COURT EDNC

MOTION GRANTED

This 31 day of July, 2012

/s/Louise W. Flanagan
LOUISE W. FLANAGAN
United States District Judge

| | |
|---|---|
| GUSTAVO ROMANELLO ) | |
| ACELA ROMANELLO ) | |
| Vs. | Case No. 5:12 CV 371-FL |
| BANKUNITED, INC; SUBSTITUTE ) | |
| TRUSTEE SERVICES OF CAROLINA, LLC; ) | |
| BROCK & SCOTT, PLLC; RAGSDALE ) | COMPLAINT |
| LIGGETT, PLLC; ASHLEY H. CAMPBELL ) | JURY TRIAL DEMANDED |

## MOTION TO AMEND CAPTION

Plaintiffs Gustavo Romanello and Acela Romanello, move the Court to amend the caption of the complaint to correct it as follows:

From: GUSTAVO ROMANELLO ACELA ROMANELLO VS.

BANKUNITED, INC; SUBSTITUTE TRUSTEE SERVICES OF CAROLINA,LLC;

BROCK & SCOTT, PLLC; RAGSDALE LIGGETT, PLLC; ASHLEY H. CAMPBELL

To: GUSTAVO ROMANELLO ACELA ROMANELLO VS.

BANKUNITED, INC; TRUSTEE SERVICES OF CAROLINA, LLC;

BROCK & SCOTT, PLLC; RAGSDALE LIGGETT, PLLC; ASHLEY H. CAMPBELL

PLAINTIFFS /s/ Gustavo Romanello     /s/ Acela Romanello