THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | | |
|---|---|---|
| GUSTAVO ROMANELLO ACELA ROMANELLO, | ) ) ) | |
| PLAINTIFFS, | ) ) | |
| VS. | ) ) | NO. 5:12-CV-00371-FL |
| BANKUNITED, INC., TRUSTEE SERVICES OF CAROLINA, LLC, BROCK & SCOTT, PLLC, RAGSDALE LIGGETT, PLLC, ASHLEY H. CAMPBELL, | ) ) ) ) ) ) | |
| DEFENDANTS. | ) | |

## NOTICE OF APPEARANCE OF TRAVIS E. MENK

Please take notice that Travis E. Menk of Brock & Scott, PLLC, at the request of Defendants Brock & Scott, PLLC and Trustee Services of Carolina, LLC hereby gives notice that he is making an appearance on behalf of Defendants, in this matter.

Respectfully submitted this 31st day of August, 2012.

          BROCK & SCOTT, PLLC

BY:   /s/ Travis E. Menk
      Travis E. Menk N.C. Bar No. 36246
      Brock & Scott, PLLC
      5121 Parkway Plaza Blvd.,
      Charlotte, NC 28217
      704-643-0290 (Phone)
      704-553-7225 (Fax)
      Travis.Menk@BrockandScott.com
      Counsel for Brock & Scott, PLLC &
      Trustee Services of Carolina, LLC

THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | | |
|---|---|---|
| GUSTAVO ROMANELLO | ) | |
| ACELA ROMANELLO, | ) | |
| | ) | |
| PLAINTIFFS, | ) | |
| | ) | |
| VS. | ) | NO. 5:12-CV-00371-FL |
| | ) | |
| BANKUNITED, INC., TRUSTEE | ) | |
| SERVICES OF CAROLINA, LLC, | ) | |
| BROCK & SCOTT, PLLC, RAGSDALE | ) | |
| LIGGETT, PLLC, ASHLEY H. | ) | |
| CAMPBELL, | ) | |
| | ) | |
| DEFENDANTS. | ) | |

## CERTIFICATE OF SERVICE

I hereby certify that on August 31, 2012, a copy of the foregoing pleading, with any and all attachments, was filed electronically with the clerk of court via ECF and served via First-Class Mail, postage prepaid, addressed to:

Gustavo Romanello
Acela Romanello
5445 Thunderbridge Dr.
Raleigh, NC 27610

Ragsdale Liggett, PLLC
2840 Plaza Place, Suite 401
Raleigh, NC 27612

BankUnited, Inc.
7815 NW 148 ST.
Miami Lakes, FL 33016

Ashley H. Campbell
2840 Plaza Place, Suite 401
Raleigh, NC 27612

BROCK & SCOTT, PLLC

BY: __/s/ Travis E. Menk
Travis E. Menk