THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | |
|---|---|
| GUSTAVO ROMANELLO ) | |
| ACELA ROMANELLO, ) | |
| ) | |
| PLAINTIFFS, ) | |
| ) | |
| VS. ) | NO. 5:12-CV-00371-FL |
| ) | |
| BANKUNITED, INC., TRUSTEE ) | |
| SERVICES OF CAROLINA, LLC, ) | |
| BROCK & SCOTT, PLLC, RAGSDALE ) | |
| LIGGETT, PLLC, ASHLEY H. ) | |
| CAMPBELL, ) | |
| ) | |
| DEFENDANTS. ) | |

## MOTION TO STAY PRETRIAL DEADLINES AND DISCOVERY

COMES NOW Defendants, Brock & Scott, PLLC ("B&S") and Trustee Services of Carolina, LLC ("TSC") (B&S and TSC collectively referred to as "Moving Defendants"), by and through counsel, and respectfully moves the Court for an Order staying certain pretrial deadlines and the discovery period set forth in the Federal Rules of Civil Procedure and the Local Rules for the United States District Court for the Eastern District of North Carolina, pending a ruling on Moving Defendants' Motion to Dismiss, which was filed on August 31, 2012. In support of this motion, Moving Defendants submit the accompanying Memorandum of Law.

(Signature on following page)

1

Respectfully submitted this 31st day of August, 2012.

                                      BROCK & SCOTT, PLLC

BY:   /s/ Travis E. Menk
       Travis E. Menk N.C. Bar No. 36246
       Brock & Scott, PLLC
       5121 Parkway Plaza Blvd.,
       Charlotte, NC 28217
       704-643-0290 (Phone)
       704-553-7225 (Fax)
       Travis.Menk@BrockandScott.com
       Counsel for Brock & Scott, PLLC &
       Trustee Services of Carolina, LLC

THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | | |
|---|---|---|
| GUSTAVO ROMANELLO | ) | |
| ACELA ROMANELLO, | ) | |
| | ) | |
| PLAINTIFFS, | ) | |
| | ) | |
| VS. | ) | NO. 5:12-CV-00371-FL |
| | ) | |
| BANKUNITED, INC., TRUSTEE | ) | |
| SERVICES OF CAROLINA, LLC, | ) | |
| BROCK & SCOTT, PLLC, RAGSDALE | ) | |
| LIGGETT, PLLC, ASHLEY H. | ) | |
| CAMPBELL, | ) | |
| | ) | |
| DEFENDANTS. | ) | |

## CERTIFICATE OF SERVICE

I hereby certify that on August 31, 2012, a copy of the foregoing pleading, with any and all attachments, was filed electronically with the clerk of court via ECF and served via First-Class Mail, postage prepaid, addressed to:

Gustavo Romanello          Ragsdale Liggett, PLLC
Acela Romanello            2840 Plaza Place, Suite 401
5445 Thunderbridge Dr.     Raleigh, NC 27612
Raleigh, NC 27610

BankUnited, Inc.           Ashley H. Campbell
7815 NW 148 ST.            2840 Plaza Place, Suite 401
Miami Lakes, FL 33016      Raleigh, NC 27612

                                        BROCK & SCOTT, PLLC

                            BY:   /s/ Travis E. Menk
                                      Travis E. Menk