## THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF NORTH CAROLINA
## WESTERN DIVISION

GUSTAVO ROMANELLO        )
ACELA ROMANELLO,        )
        )
        PLAINTIFFS,        )
        )
        VS.        )        NO. 5:12-CV-00371-FL
        )
BANKUNITED, INC., TRUSTEE        )
SERVICES OF CAROLINA, LLC,        )
BROCK & SCOTT, PLLC, RAGSDALE        )
LIGGETT, PLLC, ASHLEY H.        )
CAMPBELL,        )
        )
        DEFENDANTS.        )

## MEMORANDUM OF LAW IN SUPPORT
## OF MOTION TO STAY PRETRIAL DEADLINES AND DISCOVERY

Defendants Brock & Scott, PLLC ("B&S") and Trustee Services of Carolina, LLC ("TSC") (B&S and TSC collectively referred to as "Moving Defendants"),by and through counsel, moves the Court to stay certain pretrial deadlines and discovery pending a ruling on the Motion to Dismiss ("Motion to Dismiss") filed on August 31, 2012.

On July 30,2012, Plaintiffs, Gustavo Romanello and Acela Romanello, ("Plaintiffs") filed a Complaint. On August 31, 2012, Moving Defendants filed a Motion to Dismiss.

Moving Defendants have moved to dismiss all of the claims set forth in the Complaint. Compliance with the discovery obligations set forth in the Federal Rules and Local Rules is premature at this juncture because the Court's ruling on Moving Defendants' pending Motion to Dismiss could dispose of this action in its entirety. The time and resources that the parties would expend in conducting discovery will have been spent unnecessarily if the Court were to find that Plaintiffs' Complaint should be dismissed. Moreover, if the Court should decide that Plaintiffs

have stated a viable claim, Plaintiffs will not be prejudiced by a short delay in the start of the discovery period. The relief requested by this Motion to Stay is not extraordinary and has indeed been granted on numerous occasions by this court.

Therefore, the Moving Defendants request that the Court temporarily stay all pre-trial deadlines and discovery, as well as any other deadlines required under the Local Rules or the Federal Rules of Civil Procedure, pending the resolution of the Moving Defendants' Motion to Dismiss. A proposed order granting the relief sought herein is submitted herewith.

Respectfully submitted this 31st day of August, 2012.

BROCK & SCOTT, PLLC

BY:     /s/ Travis E. Menk
   Travis E. Menk N.C. Bar No. 36246
   Brock & Scott, PLLC
   5121 Parkway Plaza Blvd.,
   Charlotte, NC 28217
   704-643-0290 (Phone)
   704-553-7225 (Fax)
   Travis.Menk@BrockandScott.com
   Counsel for Brock & Scott, PLLC &
   Trustee Services of Carolina, LLC

**THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF NORTH CAROLINA**
**WESTERN DIVISION**

GUSTAVO ROMANELLO          )
ACELA ROMANELLO,           )
                           )
           PLAINTIFFS,     )
                           )
VS.                        )                    NO. 5:12-CV-00371-FL
                           )
BANKUNITED, INC., TRUSTEE  )
SERVICES OF CAROLINA, LLC, )
BROCK & SCOTT, PLLC, RAGSDALE )
LIGGETT, PLLC, ASHLEY H.   )
CAMPBELL,                  )
                           )
           DEFENDANTS.     )

## CERTIFICATE OF SERVICE

I hereby certify that on August 31, 2012, a copy of the foregoing pleading, with any and

all attachments, was filed electronically with the clerk of court via ECF and served via First-

Class Mail, postage prepaid, addressed to:

Gustavo Romanello          Ragsdale Liggett, PLLC
Acela Romanello            2840 Plaza Place, Suite 401
5445 Thunderbridge Dr.     Raleigh, NC 27612
Raleigh, NC 27610

BankUnited, Inc.           Ashley H. Campbell
7815 NW 148 ST.            2840 Plaza Place, Suite 401
Miami Lakes, FL 33016      Raleigh, NC 27612

                           BROCK & SCOTT, PLLC

                      BY:  _ /s/ Travis E. Menk
                           Travis E. Menk