IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | |
|---|---|
| GUSTAVO ROMANELLO and ACELA ROMANELLO, <br>     Plaintiffs, <br> v. <br> BANKUNITED, INC., TRUSTEE SERVICES OF CAROLINA, LLC, BROCK & SCOTT, PLLC, RAGSDALE LIGGETT, PLLC and ASHLEY H. CAMPBELL, <br>     Defendants. | Case No. 5:12 CV 371-FL <br><br> MOTION OF RAGSDALE LIGGETT, PLLC AND ASHLEY H. CAMPBELL TO DISMISS THE PLAINTIFFS' AMENDED COMPLAINT IN LIEU OF FILING AN ANSWER |

The Defendants Ragsdale Liggett PLLC and Ashley H. Campbell (jointly "Defendants"), by and through counsel, move pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure to dismiss Plaintiffs' Amended Complaint in lieu of filing an Answer. In support of this Motion to Dismiss, Defendants state that the Plaintiffs have failed to state a claim against the Defendants upon which relief can be granted.

WHEREFORE Defendants respectfully request that the Court dismiss this cause of action against the Defendants.

This the 4th day of September, 2012.

                                   MANNING FULTON & SKINNER, P.A.

By:    /s/ J. Whitfield Gibson
         Robert S. Shields Jr., Esq. NCSB #10034
         J. Whitfield Gibson, NCSB #41261
         3605 Glenwood Avenue, Suite 500
         Raleigh, NC 27612
         Phone: (919) 787-8880
         Facsimile: (919) 325-4621
         *Counsel for Ragsdale Liggett, PLLC and Ashley H. Campbell*

## CERTIFICATE OF SERVICE

I hereby certify that on that copy of the foregoing **MOTION OF RAGSDALE LIGGETT, PLLC AND ASHLEY H. CAMPBELL TO DISMISS THE PLAINTIFFS' AMENDED COMPLAINT IN LIEU OF FILING AN ANSWER** was filed with the Clerk of Court using the CM/ECF System which will send notification of such filing to the following:

Gustavo Romanello
Acella Romanello
5448 Thunderidge Drive
Raleigh, NC 27610
*Pro Se Plaintiffs*

Travis Emil Menk
Brock and Scott, PLLC
5121 Parkway Plaza Blvd., Suite 300
Charlotte, NC 28217-1965
Telephone:704-643-0290
Fax:704-369-0760
Email: travis.menk@brockandscott.com
*Counsel for Brock & Scott*

Sean Partrick
Yates McLamb & Weyher, L.L.P.
421 Fayetteville Street, Suite 1200
Raleigh, NC 27601
*Counsel for BankUnited*

Travis Emil Menk
Brock and Scott, PLLC
5121 Parkway Plaza Blvd., Suite 300
Charlotte, NC 28217-1965
Telephone:704-643-0290
Fax:704-369-0760
Email: travis.menk@brockandscott.com
*Counsel for Trustee Services of the Carolinas, LLC*

This the 4th day of September, 2012.

        **MANNING FULTON & SKINNER, P.A.**

By:    /s/ J. Whitfield Gibson
       Robert S. Shields Jr., Esq. NCSB #10034
       J. Whitfield Gibson, NCSB #41261
       3605 Glenwood Avenue, Suite 500
       Raleigh, NC 27612
       Phone: (919) 787-8880
       Facsimile: (919) 325-4621
       *Counsel for Ragsdale Liggett, PLLC and*
       *Ashley H. Campbell*