UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

CIVIL ACTION NO.: 5:12-CV-371-FL

| | |
|---|---|
| GUSTAVO ROMANELLO and ACELA ROMANELLO, )<br>)<br>)<br>Plaintiffs, )<br>vs. )<br>)<br>BANKUNITED, INC., BROCK & SCOTT, )<br>PLLC., RAGSDALE LIGGETT, PLLC., )<br>ASHLEY H. CAMPBELL, )<br>)<br>Defendants. )<br>_____ ) | **CORPORATE DISCLOSURE** |

**DISCLOSURE OF CORPORATE, AFFILIATIONS AND OTHER
ENTITIES WITH A DIRECT FINANCIAL INTEREST IN LITIGATION**

BankUnited, Inc., who is a Defendant in this action, makes the following disclosure:

1. Is party a publicly held corporation or other publicly held entity?

   (x) Yes    ( ) No

2. Does party have any parent corporations?

   ( ) Yes    (X) No

   If yes, identify all parent corporations, including grandparent and great-grandparent corporations:
   _____
   _____
   _____

3. Is 10% or more of the stock of a party owned by a publicly held corporation or other publicly held entity?

   (X) Yes    ( ) No

   If yes, identify all such owners:

Name: The Carlyle Group
Address: 520 Madison Avenue, New York, New York 10022

Name: The Blackstone Group
Address: 345 Park Avenue, 31st Floor, New York, NY 10154

4. Is there any other publicly held corporation or other publicly held entity that has a direct financial interest in the outcome of the litigation?

( ) Yes     (X) No

If yes, identify entity and nature of interest:
_____
_____

Respectfully Submitted:

This the 5th day of September, 2012

**YATES, MCLAMB & WEYHER, LLP**

/s/ SEAN T. PARTRICK
Sean T. Partrick
North Carolina State Bar No.: 25176
Email: spartrick@ymwlaw.com
*Attorneys for Defendant BankUnited, Inc.*
Post Office Box 2889
Raleigh, North Carolina 27602
Tel: 919-835-0900; Fax: 919-835-0910

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

CIVIL ACTION NO.: 5:12-CV-371-FL

| | |
|---|---|
| GUSTAVO ROMANELLO and ACELA ROMANELLO | ) ) ) |
| Plaintiffs, | ) ) |
| vs. | ) ) |
| BANKUNITED, INC., BROCK & SCOTT, PLLC., RAGSDALE LIGGETT, PLLC., ASHLEY H. CAMPBELL. | ) ) ) ) |
| Defendants. | ) ) ) |

**CERTIFICATE OF SERVICE**

    I hereby certify that I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: Robert S. Shields, Jr. (shields@manningfulton.com), Jonathan Gibson (gibson@manningfulton.com), Travis Menk (travis.menk@brockandscott.com), and I hereby certify that I have mailed the document to the following non CM/ECF Participants: **Gustavo Romanello and Acela Romanello, 5445 Thunderidge Dr., Raleigh, NC 27610**

    This the 5th day of September, 2012

**YATES, MCLAMB & WEYHER, LLP**

/s/ SEAN T. PARTRICK
Sean T. Partrick
North Carolina State Bar No.: 25176
Email: spartrick@ymwlaw.com
*Attorneys for Defendant BankUnited, Inc.*
Post Office Box 2889
Raleigh, North Carolina 27602
Tel: 919-835-0900; Fax: 919-835-0910