IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF NORTH CAROLINA

WESTERN DIVISION

FILED

SEP 2 4 2012

JULIE A. RICHARDS, CLERK
US DISTRICT COURT, EDNC
BY_____ _MV_ DEP CLK

| | | |
|---|---|---|
| GUSTAVO ROMANELLO | ) | |
| ACELA ROMANELLO | ) | civil action No. 5:12 cv 371-FL |
| Vs. | ) | |
| BANKUNITED, INC . et al | ) | |

PLAINTIFFS' MOTION FOR EXTENSION OF TIME TO ANSWER

DEFENDANTS MOTION TO DISMISS AMENDED COMPLAINT

COMES NOW Plaintiffs Gustavo Romanello and Acela Romanello, and hereby move this

Court to extend the time to answer Defendants Motion to Dismiss Amended Complaint for

fourteen (14) days, through and including October 8, 2012.

1. The time for answering Defendants Brock & Scott, PLLC and Trustee Services of

Carolina, LLC has not expired and the current deadline is September 24, 2012, and

for Defendants BANKUNITED, INC. , Ragsdale & Liggett, PLLC and Ashley H.

Campbell the deadline is September 28, 2012.

2. The movants need additional time to investigate and learn facts of the matter to

respond Defendants motion.

3. Counsel for BANKUNITED was contacted by Plaintiffs last week and she graciously

consented for this request for an extension of time.

4. Plaintiffs left a voice mail message and an email message with counsels for Brock & Scott, Trustee Services of Carolina, LLC, Ragsdale Liggett, PLLC and Ashley H. Campbell and haven't yet received any answer.

5. Upon information and belief, Defendants will not suffer any prejudice as a result of this extension of time and this motion.

WHEREFORE, the Plaintiffs respectfully request that the Court grant this Motion for extension of time to answer Defendants Motion to Dismiss Amended Complaint up to and including October 8, 2012.

This the 24th of September. 2012

Gustavo Romanello

Acela Romanello

Plaintiffs

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF NORTH CAROLINA

WESTERN DIVISION

1
2
3
4
5

6 | GUSTAVO ROMANELLO )

7 | ACELA ROMANELLO ) civil action No. 5:12 cv 371-FL

8 | Vs. )

9 | BANKUNITED, INC. et al )

10
11

## CERTIFICATE OF SERVICE

12
13
14

The undersigned hereby certify that on September 24th, 2012 a copy of the foregoing Motion

15
for extension of time to answer Defendants Motion to Dismiss Amended Complaint was

16
served upon all parties to this action as follows:

17
18

19 | Sean T. Partrick                                    Travis E. Menk

20 | YATES McLAMB & WEYHER, LLP             BROCK & SCOTT, PLLC

21 | 421 Fayetteville St., Ste. 1200              5121 Parkway Plaza Blvd, Ste.300

22 | Raleigh, NC 27601                              Charlotte, NC 28217

23
24 | Counsel for BANKUNITED, INC                Counsel for Brock & Scott, PLLC

25                                                              And for Trustee Services of

26                                                              Carolina, LLC

27
28

| | |
|---|---|
| 1 | J. Whitfield Gibson     Robert S. Shields jr. |
| 2 | MANNING FULTON & SKINNER, P.A. |
| 3 | 3605 Glenwood Ave., Ste. 500 |
| 4 | Raleigh, NC 27612 |
| 5 | |
| 6 | Counsels for Ragsdale Liggett, PLLC |
| 7 | And for Ashley H. Campbell |
| 8 | |
| 9 | This the 24th day of September, 2012 |
| 10 | |

Gustavo Romanello

Acela Romanello

5445 Thunderidge dr.

Raleigh, NC 27610

tangogaucho@gmail.com

919-231-4669