IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF NORTH CAROLINA

WESTERN DIVISION

| | |
|---|---|
| GUSTAVO ROMANELLO ) | |
| ACELA ROMANELLO ) | civil action No. 5:12 cv 371-FL |
| Vs. ) | |
| BANKUNITED, INC et al ) | |

## ORDER

Upon good cause shown, Plaintiffs' Motion for Extension of Time to answer Defendants' Motion to Dismiss Amended Complaint is granted and it is ordered that the time is extended up to and including October 8, 2012.

IT IS SO ORDERED, this the 25 day of September ,2012

*[signature: Louis W. Flanagan]*

Honorable Louise Wood Flanagan

Judge, United States District Court