# EXHIBIT A - QWR-DEBT VALIDATION

BankUnited
7815 NW 148th Street
Miami Lakes, FL 33016
T 877 779 2265
www.bankunited.com

**BankUnited**

April 26, 2011

Mr. and Mrs. Gustavo Romanello
5445 Thunderidge Drive
Raleigh, NC 27610

   *Re:*  ***Response to RESPA Qualified Written Request***
       ***Borrower: Gustavo Romanello and Acela Romanello***
       ***Loan Number: 4594016***
       ***Property Address: 5445 Thunderidge Drive, Raleigh, NC 27610***

Dear Mr. and Mrs. Romanello:

  I am in receipt of your "Qualified Written Request" ("QWR") dated February 25, 2011, concerning the above-referenced mortgage loan with BankUnited, FSB, which was the original owner and servicer of this loan. BankUnited, FSB was closed by the Office of Thrift Supervision (the "OTS") and taken into receivership by the Federal Deposit Insurance Corporation (the "FDIC") on May 21, 2009. BankUnited, a newly chartered federal savings association (the "Bank"), is the assignee of the FDIC, as receiver for BankUnited, FSB and the current owner and services of this mortgage. As such, BankUnited has access to the loan records. Although the conduct you allege occurred before May 21, 2009, the Bank has conducted an investigation of the above loan file.

  Your QWR indicates your need for understanding of the accounting and servicing of your loan from the date of origination to the present date. Enclosed please find a copy of the account activity history since the inception of your loan so that you may independently validate this debt. The report provides you with information on balances and fees that have been assessed to your loan. With respect to your request for copies pertaining to the origination of you mortgage, enclosed is a fee schedule listing the costs to produce the items requested. The amount will be determined by computing the number of estimated research hours and the approximate number of copies at the standard rate of $10.00 per document or as listed in the fee schedule. Please note that payment must be received before any copies will be sent. The Bank will not furnish you with any proprietary information.

  There have been no errors with the servicing of your loan that would warrant corrections since all payments have been applied correctly. The current holder of the Note and Mortgage is BankUnited. BankUnited is also the Servicer of your mortgage loan.

  In response to your assertions of potential and predatory lending practices, the Bank provided you with initial disclosures within three days of the application to provide you with an opportunity to review the product offered and therefore make an informed decision. These disclosures described the loan program

and the loan terms, including how and when the interest rate and payment can change, and the payment options. The terms for the product that you opted for were acknowledged when you signed the Note and Mortgage which was properly executed and notarized at the closing.

As for your assertions of misrepresentation and that your income was inflated on the application, please note that the Bank evaluated your loan under the Stated Income Stated Asset (SISA) program. Under this program, the Bank relied solely on the income representations made by you as stated in the Uniform Residential Loan Application (1003). You acknowledged and agreed that the representations made by you in the 1003 were accurate when you signed the loan application at closing.

In conclusion, the Bank has serviced your mortgage loan in accordance with all applicable laws and regulations.

Sincerely,

Yvette Rosa
Loan Servicing Manager

Enclosures

```
                                                                                                              ARM PLAN 3DCC
LN#       4594016   GUSTAVO ROMANELLO         ACELA ROMANELLO                                                 EMP 0   P0F0
                                              1301 NW 42 STREET        FT LAUDERDALE         FL 33309

1ST MTGE PRIN  2ND MTGE PRIN    ESC BAL    REST ESC     SUSPENSE    ADV BAL    REPL RES   HUD BAL     LC BAL    INT DUE  DUE DATE   HUD PRT OF M
   145,589.91             .00   1038.92         .00          .00        .00         .00       .00      37.91        .00  12-01-05       .00 JG Z

  P & I 1ST   P&I 2ND     CO TAX    CITY TAX   HAZ INS    M I P      LIEN     BSC A & H       LIFE       MISC    REP RES  TOT PAYMT  INT RATE  DT BM
    363.47        .00     226.90        .00      32.83      .00       .00      .00   .00 0  .00 0     .00 0         .00     623.20 .0625000   1 7

  1ST ORIG MTG  2ND ORIG MTG    PRIN BAL BEG  INT IND  CAP FLAG  MTGR SSN     DEF INT BAL  PRIOR YR PPD INT    PPD INT IND   GPM ORG
    145,100              0        145,100.00                     593 09 8545      738.51                0.00             0         0

ASSUM-DT XFER-DEED  FHA-SEC/NUM   LIP PAYOFF  FC-TRK-SW  YE-ACQ-RPT/DATE   SALE-ID  EXEMPT  PLGD-LN  PMT-OPT  CALC-METH  ELOC  BNKRPCY CH/DT

PMT PERIOD  1098-DET-HIST   POINTS-PAID/RPTG YR   SUPPR-MICR-STMT   DI-NOT-RPT-YR   REAS CAUS  RI-HDR-SW   1ST-DUE-DT     REO STAT/COMPL DT
    12                                .00                                                                    09-05

IOE CREDIT YTD/W-H SW/W-H BALANCE    IORE CREDIT YTD/W-H SW/W-H BALANCE    CONSTR CD   NO PURGE FLAG/YR    BNKRPT STAT   LAST DEF DUE
         .00                 .00              .00                 .00                                                        08-45

REC CORP ADV BAL    3RD REC CORP ADV BAL    FORECL WKST CODE/REINSTATE DATE   INIT ESC  STMT CODE / DATE    LOSS MIT STATUS/COMPL DATE
         .00                  .00                                                  9         09-08-05

 DUE    PROC   TP  SQ    AMOUNT      PRINCIPAL    PRINCIPAL    INTEREST    ESCROW    ESCROW    ADVANCE    STATUS     STATUS      UNEARNED    OTHER   CFD
 DATE   DATE   TR  NO    RECEIVED    PAID         BALANCE      PAID        PAID      BALANCE   BALANCE    AMOUNT     BALANCE     INT-BAL.    AMOUNTS DCT
BAL-FWD -02  4 93   2                             145100.00                              .00       .00                  .00          .00
 09-05 08-08 1 42   1         .00    145100.00-   145100.00         .00       .00        .00       .00       .00        .00          .00               1
                                                                                                       BATCH N40 EDIT-SEQ 176540
 08-05 08-08 1 70   2      494.98          .00    145100.00     235.25    259.73      259.73       .00       .00        .00          .00               1
                                                                                                       BATCH N40 EDIT-SEQ 177081                 08-08-05 L
 09-05 09-12 1 72   1      623.20       248.60    144851.40     114.87    259.73      519.46       .00       .00        .00          .00               1
                                                                                                       BATCH 601 EDIT-SEQ 011463                 09-12-05 L
                            IR EFF  10-05   OLD  .0095000   NEW  .0600000     PRIN BAL   144,851.40
                            PI EFF  10-05   OLD    363.47   NEW     363.47    PRIN BAL   144,851.40
 10-05 10-11 1 72   1      623.20       360.79-   145212.19     724.26    259.73      779.19       .00       .00        .00          .00               1
                                                                                                                                                 10-11-05 L
                                                                                                                                                 360.79-AB
                                                                                                                                                 360.79-AC
                                                                                                                                                 360.79-AE
                                                                                                                                                 360.79-AF
                                                                                                       BATCH 602 EDIT-SEQ 066342
                            IR EFF  11-05   OLD  .0600000   NEW  .0612500     PRIN BAL   145,212.19
                            PI EFF  11-05   OLD    363.47   NEW     363.47    PRIN BAL   145,212.19
 11-05 11-09 1 72   1      623.20       377.72-   145589.91     741.19    259.73     1038.92       .00       .00        .00          .00               1
                                                                                                                                                 11-09-05 L
                                                                                                                                                 377.72-AB
                                                                                                                                                 377.72-AC
                                                                                                                                                 377.72-AE
                                                                                                                                                 377.72-AF
                                                                                                       BATCH 600 EDIT-SEQ 048271
                            IR EFF  12-05   OLD  .0612500   NEW  .0625000     PRIN BAL   145,589.91
                            PI EFF  12-05   OLD    363.47   NEW     363.47    PRIN BAL   145,589.91
 12-05 12-12 1 72   1      623.20       394.81-   145984.72     758.28    259.73     1298.65       .00       .00        .00          .00               1
```

```
I5161-721                       BANKUNITED, FSB                LOAN HISTORY Y-T-D INV 164 CAT 043 INV# 4594016    T13 12/30/05
LOAN-NO (CONT\D)                                                                                                 PAGE  11002
```

| LN# | 4594016 | GUSTAVO ROMANELLO | ACELA ROMANELLO | | | | | | EMP 0 | POF0 |

| DUE DATE | PROC DATE | TP TR | SQ NO | AMOUNT RECEIVED | PRINCIPAL PAID | PRINCIPAL BALANCE | INTEREST PAID | ESCROW PAID | ESCROW BALANCE | ADVANCE BALANCE | STATUS AMOUNT | STATUS BALANCE | UNEARNED INT-BAL. | OTHER AMOUNTS | CFD DCT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | | | | 12-12-05 | L |
| | | | | | | | | | | | | | | 394.81 | AB |
| | | | | | | | | | | | | | | 394.81 | AC |
| | | | | | | | | | | | | | | 394.81 | AE |
| | | | | | | | | | | | | | | 394.81 | AF |
| | | IR EFF | 01-06 | OLD | .0625000 | | NEW | .0637500 | PRIN BAL | 145,984.72 | | BATCH 602 EDIT-SEQ 079379 | | | |
| | | PI EFF | 01-06 | OLD | 363.47 | | NEW | 363.47 | PRIN BAL | 145,984.72 | | | | | |
| | | IR EFF | 01-06 | OLD | .0637500 | | NEW | .0625000 | PRIN BAL | 145,984.72 | | | | | |
| | | PI EFF | 01-06 | OLD | 363.47 | | NEW | 363.47 | PRIN BAL | 145,984.72 | | | | | |
| 12-05 | 12-28 | 1 48 | 2 | .00 | 394.81 | 145589.91 | 758.28- | 259.73- | 1038.92 | .00 | .00 | .00 | .00 | | 1 |
| | | | | | | | | | | | | | | 394.81 | AB |
| | | | | | | | | | | | | | | 394.81 | AC |
| | | | | | | | | | | | | | | 125 | AD |
| | | | | | | | | | | | | | | 394.81 | AE |
| | | | | | | | | | | | | | | 394.81 | AF |
| | | | | | | | | | | | | BATCH 805 EDIT-SEQ 006370 | | | |
| 12-05 | 12-28 | 1 52 | 3 | .00 | .00 | 145589.91 | .00 | .00 | 1038.92 | .00 | .00 | .00 | .00 | 37.91- | 11 |

```
REQ-BY TOTALS    2,987.78                    1,815.57                      .00                       2,991.95-
Y/E                           489.91-                   1,038.92
```

OTHER AMOUNT CODES:
```
A=FHA-PENALTY   G=SER=INTEREST-PAID TO POOL`  K=INT-DUE-PD         P=ACCRUED-IOE/IORE   U=REAPPLICATION-FEE    Y=HUD-FUND
B=BSC           H=FEE-AMT                     L=PD-THRU-DT         R=UE-INT-AMT         V=ESCROW-ADVANCE       Z=RESTRICTED-ESCROW
C=235-FEE       I=A-H-PD                      M=ADVANCE-EFF-DATE   S=CR-LIFE-AMT        W=SUSPENSE             DI=DEFERRED-INT-BAL
F=MISC          J=LIFE-PD                     N=ADVANCE-MEMO-AMT   T=ORIG-FEE-AMT       X=REPLACEMENT-RESERVE
AA=SER-FEE-PD   AB=DEFERRED-INT-PD            AC=LIFE-DEF-INT-PD   AD=CHECK-NO   AE=DEFERRED-INT-LTD-PD   AF=LIFE-DEFERRED-INT-LTD-PD
AG=SUB-CODE     AJ=DEF-INT-ADJ-FLAG   AK=ADV-AMT-RECD   AL=TRAN-SOURCE   AM=IOC-SPEC-INT-PD   AN=NON-REC-CORP-ADV   AP=DATE-STAMP   AQ=TIME-
STAMP   AR=MTGR-REC-CORP-ADV   AS=PREV-POSTED   AT=3RD-REC-CORP-ADV   AY=ADJ YE 1098 IND   AZ=CHOICES-PD
FEE CODES:    1=LATE-CHARGE   2=BAD-CK-FEE   3=CHG-OWNER=CORP-ADV   AY=ADJ YE 1098 IND   AZ=CHOICES-PD
```

```
LN#      4594016  GUSTAVO ROMANELLO      ACELA ROMANELLO                                             EMP 0   POFO

DUE   PROC  TP  SQ    AMOUNT    PRINCIPAL  PRINCIPAL  INTEREST   ESCROW    ESCROW   ADVANCE  STATUS    STATUS   UNEARNED   OTHER   CFD
DATE  DATE      TR NO RECEIVED  PAID       BALANCE    PAID       PAID      BALANCE  BALANCE  AMOUNT    BALANCE  INT-BAL.   AMOUNTS DCT
                      PI EFF  04-09  OLD      451.53  NEW          451.53  PRIN BAL          165,832.45
04-09 04-15 1 72  1     648.44    204.89-  166037.34    656.42    196.91   1038.29      .00      .00       .00       .00            1
                                                                                             MPL-ID MTA1
                                                                                                                              04-15-09 L
                                                                                                                              204.89-AB
                                                                                                                              204.89-AC
                                                                                                                              204.89-AE
                                                                                                                              204.89-AF
                                                                                                    BATCH 600 EDIT-SEQ 001128
                      IR EFF  05-09  OLD  .0475000   NEW  .0462500        PRIN BAL   166,037.34
                      PI EFF  05-09  OLD      451.53  NEW          451.53 PRIN BAL   166,037.34
05-09 04-16 1 73  1     393.71       .00   166037.34       .00    393.71  1432.00       .00      .00       .00       .00            1
                                                                                             BATCH AD1 EDIT-SEQ 020574
05-09 05-14 1 72  1     630.53    188.41-  166225.75    639.94    179.00  1611.00       .00      .00       .00       .00            1
                                                                                             MPL-ID MTA1
                                                                                                                              05-14-09 L
                                                                                                                              188.41-AB
                                                                                                                              188.41-AC
                                                                                                                              188.41-AE
                                                                                                                              188.41-AF
                                                                                                    BATCH 600 EDIT-SEQ 192219
                      IR EFF  06-09  OLD  .0462500   NEW  .0450000        PRIN BAL   166,225.75
                      PI EFF  06-09  OLD      451.53  NEW          451.53 PRIN BAL   166,225.75
06-09 06-10 1 72  1     630.53    171.82-  166397.57    623.35    179.00  1790.00       .00      .00       .00       .00            1
                                                                                             MPL-ID MTA1
                                                                                                                              06-10-09 L
                                                                                                                              171.82-AB
                                                                                                                              171.82-AC
                                                                                                                              171.82-AE
                                                                                                                              171.82-AF
                                                                                                    BATCH 701 EDIT-SEQ 005888
                      IR EFF  07-09  OLD  .0450000   NEW  .0450000        PRIN BAL   166,397.57
                      PI EFF  07-09  OLD      451.53  NEW          451.53 PRIN BAL   166,397.57
07-09 06-25 3 51  1   CHECK #961003                               450.00- 1340.00            PAYEE CD 60277
07-09 07-27 1 73  1     630.53    172.46-  166570.03    623.99    179.00  1519.00       .00      .00       .00       .00            1
                                                                                                                              07-27-09 L
                                                                                                                              172.46-AB
                                                                                                                              172.46-AC
                                                                                                                              172.46-AE
                                                                                                                              172.46-AF
                                                                                                    BATCH BNK EDIT-SEQ 094776
                      IR EFF  08-09  OLD  .0450000   NEW  .0425000        PRIN BAL   166,570.03
                      PI EFF  08-09  OLD      451.53  NEW          451.53 PRIN BAL   166,570.03
08-09 08-13 1 73  1     630.53    138.41-  166708.44    589.94    179.00  1698.00       .00      .00       .00       .00            1
                                                                                                                              08-13-09 L
                                                                                                                              138.41-AB
                                                                                                                              138.41-AC
                                                                                                                              138.41-AE
                                                                                                                              138.41-AF
                                                                                                    BATCH 400 EDIT-SEQ 088715
                      IR EFF  09-09  OLD  .0425000   NEW  .0412500        PRIN BAL   166,708.44
                      PI EFF  09-09  OLD      451.53  NEW          741.42  PRIN BAL  166,708.44
```

```
LN#      4594016   GUSTAVO ROMANELLO       ACELA ROMANELLO                                                  EMP 0    P0F0

 DUE   PROC  TP SQ   AMOUNT     PRINCIPAL   PRINCIPAL   INTEREST  ESCROW    ESCROW    ADVANCE   STATUS     STATUS     UNEARNED    OTHER    CFD
 DATE  DATE  TR NO   RECEIVED   PAID        BALANCE     PAID      PAID      BALANCE   BALANCE   AMOUNT     BALANCE    INT-BAL.    AMOUNTS  DCT
                   IR EFF 09-09   OLD  .0412500    NEW  .0412500           PRIN BAL             166,708.44
                   PI EFF 09-09   OLD     741.42    NEW    485.39           PRIN BAL             166,708.44
09-09 09-16 1 52 1     .00          .00   166708.44     .00       .00      1698.00     .00        .00        .00         .00      28.65-   11
09-09 09-22 1 73 1    664.39      87.67-  166796.11   573.06   179.00      1877.00     .00        .00        .00         .00                1
                                                                                                                                 09-22-09 L
                                                                                                                                  87.67-AB
                                                                                                                                  87.67-AC
                                                                                                                                  87.67-AE
                                                                                                                                  87.67-AF
                                                                                                       BATCH 450 EDIT-SEQ 146593
                   IR EFF 10-09   OLD  .0412500    NEW  .0400000           PRIN BAL             166,796.11
                   PI EFF 10-09   OLD     485.39    NEW    485.39           PRIN BAL             166,796.11
10-09 09-28 1 72 1    664.39      70.60-  166866.71   555.99   179.00      2056.00     .00        .00        .00         .00                1
                                                                                                       MPL-ID MTA1
                                                                                                                                 09-28-09 L
                                                                                                                                  70.60-AB
                                                                                                                                  70.60-AC
                                                                                                                                  70.60-AE
                                                                                                                                  70.60-AF
                                                                                                       BATCH 702 EDIT-SEQ 171379
                   IR EFF 11-09   OLD  .0400000    NEW  .0387500           PRIN BAL             166,866.71
                   PI EFF 11-09   OLD     485.39    NEW    718.45           PRIN BAL             166,866.71
10-09 10-27 3 12 1   CHECK #975244                           1763.00-       293.00              PAYEE CD 32183
11-09 11-10 1 72 1    897.45     179.61   166687.10   538.84   179.00       472.00     .00        .00        .00         .00                1
                                                                                                       MPL-ID MTA1
                                                                                                                                 11-10-09 L
                                                                                                                                  179.61 AB
                                                                                                                                  179.61 AC
                                                                                                                                  179.61 AE
                                                                                                                                  179.61 AF
                                                                                                       BATCH 701 EDIT-SEQ 154486
                   IR EFF 12-09   OLD  .0387500    NEW  .0375000           PRIN BAL             166,687.10
                   PI EFF 12-09   OLD     718.45    NEW    718.45           PRIN BAL             166,687.10
12-09 11-10 1 75 3     57.30      57.30   166629.80     .00       .00       472.00     .00        .00        .00         .00                1
                                                                                                       MPL-ID MTA1
                                                                                                                                 11-10-09 L
                                                                                                                                   57.30 AB
                                                                                                                                   57.30 AC
                                                                                                                                   57.30 AE
                                                                                                                                   57.30 AF
                                                                                                       BATCH 701 EDIT-SEQ 154486
12-09 12-09 1 72 1    897.45     197.73   166432.07   520.72   179.00       651.00     .00        .00        .00         .00                1
                                                                                                       MPL-ID MTA1
                                                                                                                                 12-09-09 L
                                                                                                                                  197.73 AB
                                                                                                                                  197.73 AC
                                                                                                                                  197.73 AE
                                                                                                                                  197.73 AF
                                                                                                       BATCH 600 EDIT-SEQ 136042
                   IR EFF 01-10   OLD  .0375000    NEW  .0362500           PRIN BAL             166,432.07
                   PI EFF 01-10   OLD     718.45    NEW    718.45           PRIN BAL             166,432.07
                   IR EFF 01-10   OLD  .0362500    NEW  .0375000           PRIN BAL             166,432.07
```

```
I5161-721                          BANKUNITED                 LOAN HISTORY Y-T-D INV 128 CAT 001 INV# 4594016      T13 12/31/09
LOAN-NO (CONT\D)                                                                                                  PAGE  38517

LN#      4594016   GUSTAVO ROMANELLO         ACELA ROMANELLO                                                       EMP 0    P0F0

 DUE  PROC   TP  SQ    AMOUNT    PRINCIPAL  PRINCIPAL   INTEREST  ESCROW   ESCROW    ADVANCE   STATUS   STATUS    UNEARNED    OTHER   CFD
 DATE DATE   TR  NO   RECEIVED     PAID      BALANCE      PAID     PAID    BALANCE   BALANCE   AMOUNT   BALANCE   INT-BAL.   AMOUNTS  DCT
                   PI EFF 01-10   OLD         718.45             NEW       718.45    PRIN BAL          166,432.07
12-09 12-31 1 47 2       .00       197.73-  166629.80    520.72- 179.00-   472.00       .00       .00       .00       .00               1
                                                                                                                                  897.45 W
                                                                                                                                  197.73-AB
                                                                                                                                  197.73-AC
                                                                                                                                  197.73-AE
                                                                                                                                  197.73-AF
                                                                                           BATCH 805 EDIT-SEQ 132694
12-09 12-31 1 47 3       .00        57.30-  166687.10       .00      .00   472.00       .00       .00       .00       .00               1
                                                                                                                                   57.30-AB
                                                                                                                                   57.30-AC
                                                                                                                                   57.30-AE
                                                                                                                                   57.30-AF
                                                                                           BATCH 805 EDIT-SEQ 132695 ACTION 0075
12-09 12-31 1 47 4       .00          .00   166687.10       .00      .00   472.00       .00       .00       .00       .00               1
                                                                                                                                   57.30 W
                                                                                           BATCH 805 EDIT-SEQ 132695
12-09 12-31 1 73 5       .00          .00   166687.10       .00      .00   472.00       .00       .00       .00       .00              11
                                                                                                                                   28.65-W
                                                                                           BATCH 806 EDIT-SEQ 132719
12-09 12-31 1 75 6       .00        28.65   166658.45       .00      .00   472.00       .00       .00       .00       .00               1
                                                                                                                                   28.65-W
                                                                                                                                12-31-09 L
                                                                                                                                   28.65 AB
                                                                                                                                   28.65 AC
                                                                                                                                   28.65 AE
                                                                                                                                   28.65 AF
                                                                                           BATCH 806 EDIT-SEQ 132720
12-09 12-31 1 73 7       .00       197.64   166460.81    520.81   179.00   651.00       .00       .00       .00       .00               1
                                                                                                                                  897.45-W
                                                                                                                                12-31-09 L
                                                                                                                                  197.64 AB
                                                                                                                                  197.64 AC
                                                                                                                                  197.64 AE
                                                                                                                                  197.64 AF
                                                                                           BATCH 806 EDIT-SEQ 132721
                   IR EFF 01-10   OLD       .0375000     NEW    .0362500   PRIN BAL          166,460.81
                   PI EFF 01-10   OLD         718.45     NEW      718.45   PRIN BAL          166,460.81

REQ-BY TOTALS     8,690.57                             7,440.72                                 .00                 5,568.60-
Y/E                             1,392.15-                       2,613.35

OTHER AMOUNT CODES:
A=FHA-PENALTY   G=SER=INTEREST-PAID TO POOL  K=INT-DUE-PD        P=ACCRUED-IOE/IORE    U=REAPPLICATION-FEE    Y=HUD-FUND
B=BSC           H=FEE-AMT                    L=PD-THRU-DT        R=UE-INT-AMT          V=ESCROW-ADVANCE       Z=RESTRICTED-ESCROW
C=235-FEE       I=A-H-PD                     M=ADVANCE-EFF-DATE  S=CR-LIFE-AMT         W=SUSPENSE             DI=DEFERRED-INT-BAL
F=MISC          J=LIFE-PD                    N=ADVANCE-MEMO-AMT  T=ORIG-FEE-AMT        X=REPLACEMENT-RESERVE
AA=SER-FEE-PD   AB=DEFERRED-INT-PD           AC=LIFE-DEF-INT-PD  AD=CHECK-NO  AE=DEFERRED-INT-LTD-PD  AF=LIFE-DEFERRED-INT-LTD-PD
AG=SUB-CODE     AJ=DEF-INT-ADJ-FLAG  AK=ADV-AMT-RECD  AL=TRAN-SOURCE  AM=IOC-SPEC-INT-PD  AN=NON-REC-CORP-ADV  AP=DATE-STAMP  AQ=TIME-
STAMP  AR=MTGR-REC-CORP-ADV  AS=PREV-POSTED  AT=3RD-REC=CORP-ADV  AY=ADJ YE 1098 IND  AZ=CHOICES-PD
FEE CODES:      1=LATE-CHARGE  2=BAD-CK-FEE  3=CHG-OWNER=CORP-ADV  AY=ADJ YE 1098 IND  AZ=CHOICES-PD
```

## 3270 Explorer: Fee Activity Ledger (FEE1)

B A N K U N I T E D — 516

Loan Number: 4594016                                         Borrower Name: ROMANELLO, GUSTAVO

```
FEE1  4594016              FEE ACTIVITY LEDGER           04/25/11  09:58:32
SELECTED CODES      FROM MMDDYY                          PAGE    1  OF   3
GUSTAVO ROMANELLO                    5445 THUNDERIDGE DR
ACELA ROMANELLO                      RALEIGH
                                                         NC 27610-

FEE                   DATE                    DATE                 DATE
CODE  DESCRIPTION     ASSESSED     AMOUNT     PAID      AMOUNT     WAIVED      AMOUNT
  2  BAD CHECK FEE    12-28-05      25.00
  1  LATE CHARGE      12-28-05      37.91
  1  LATE CHARGE                               01-10-06   37.91
  2  BAD CHECK FEE                             01-10-06   25.00
  T  WESTERN UNION CK                          04-10-06   10.00
  1  LATE CHARGE      08-16-06      45.89
  1  LATE CHARGE                               11-13-06   45.89
  1  LATE CHARGE      09-16-09      28.65
  1  LATE CHARGE                               12-31-09   28.65
  1  LATE CHARGE      06-16-10      24.12
  1  LATE CHARGE      07-16-10      24.08
  G  PROPERTY INSP FE 08-13-10      13.00
  1  LATE CHARGE      08-16-10      24.05
NET      344.50       TOTALS       491.95                147.45                  0.00
```

```
FEE1 4594016                FEE ACTIVITY LEDGER         04/25/11   09:58:35
SELECTED CODES        FROM MMDDYY                       PAGE    2  OF    3
GUSTAVO ROMANELLO                    5445 THUNDERIDGE DR
ACELA ROMANELLO                      RALEIGH
                                                        NC 27610-

FEE                   DATE                  DATE                DATE
CODE  DESCRIPTION    ASSESSED    AMOUNT     PAID     AMOUNT    WAIVED      AMOUNT
  G PROPERTY INSP FE 09-10-10    13.00
  1 LATE CHARGE      09-16-10    24.01
  G PROPERTY INSP FE 10-12-10    13.00
  1 LATE CHARGE      10-18-10    23.98
  G PROPERTY INSP FE 11-11-10    13.00
  1 LATE CHARGE      11-16-10    23.95
  G PROPERTY INSP FE 12-09-10    13.00
  1 LATE CHARGE      12-16-10    23.92
  G PROPERTY INSP FE 01-10-11    13.00
  1 LATE CHARGE      01-18-11    23.89
  G PROPERTY INSP FE 02-10-11    13.00
  1 LATE CHARGE      02-16-11    23.86
  1 LATE CHARGE      03-16-11    23.83
NET      344.50     TOTALS      491.95              147.45                  0.00
```

```
FEE1 4594016                 FEE ACTIVITY LEDGER           04/25/11  09:58:37
SELECTED CODES         FROM MMDDYY                         PAGE    3  OF    3
GUSTAVO ROMANELLO                      5445 THUNDERIDGE DR
ACELA ROMANELLO                        RALEIGH
                                                NC 27610-

FEE                    DATE                 DATE                DATE
CODE  DESCRIPTION      ASSESSED    AMOUNT   PAID     AMOUNT     WAIVED      AMOUNT
  1 LATE CHARGE        04-18-11     23.81




 NET      344.50    TOTALS    491.95           147.45              0.00
 ** NO MORE ITEMS IN ACTIVITY LEDGER **
```