# EXHIBIT B - APPOINTMENT SUBS. TRUSTEE

BK014264PG01980

WAKE COUNTY, NC 63
LAURA M RIDDICK
REGISTER OF DEEDS
PRESENTED & RECORDED ON
02/09/2011 AT 09:52:28

BOOK:014264 PAGE:01980 - 01982

## APPOINTMENT OF SUBSTITUTE TRUSTEE

| | | | | |
|---|---|---|---|---|
| RE: | Mortgagor(s): | GUSTAVO ROMANELLO AND ACELA ROMANELLO, HUSBAND AND WIFE | | |
| | Trustee: | ESTHER SANTOS | | |
| | Mortgagee: | BankUnited, FSB | | |
| | Dated: | July 22, 2005 | | |
| | Recorded: | July 25, 2005 | | |
| | Book: | 011485 | Page: | 01309 |

Substitute Trustee: Trustee Services of Carolina, LLC
Current Beneficiary: BankUnited

File Number: 10-34290-FC01

STATE OF NORTH CAROLINA )
) **APPOINTMENT OF SUBSTITUTE TRUSTEE**
COUNTY OF Wake )

*Prepared by and return to:*
*Brock & Scott, PLLC*
*5431 Oleander Drive, Suite 200*
*Wilmington, NC 28403*

TAKE NOTICE THAT WHEREAS on or about *July 22, 2005*, *GUSTAVO ROMANELLO AND ACELA ROMANELLO, HUSBAND AND WIFE* executed a Deed of Trust in the amount of *$145,100.00* conveying the property therein to *ESTHER SANTOS*, Trustee, in favor of *BankUnited, FSB* as security for said Note, which Deed of Trust is dated July 22, 2005 and recorded on July 25, 2005 in Book 011485 at Page 01309 and rerecorded/modified/corrected on July 24, 2006 in Book 012075, Page 00183 in the Public Registry of *Wake* County, North Carolina (the "Deed of Trust"); and,

WHEREAS, BankUnited ("Holder") is the holder of the Note secured by the Deed of Trust and wishes to remove the said Trustee; and,

WHEREAS, the Deed of Trust provided that "Holder", its successors or assigns, may for any reason remove the Trustee and appoint his/her successor; and,

10-34290

BK014264PG01981

WHEREAS, "Holder" now desires to exercise its right to remove the Trustee and any subsequent successor trustee and name **Trustee Services of Carolina, LLC** as Substitute Trustee his/her successor (if more than one party is appointed, any party may act);

NOW THEREFORE, "Holder" does hereby remove the Trustee and any subsequent successor trustee in the Deed of Trust **dated July 22, 2005 and recorded on July 25, 2005 in Book 011485 at Page 01309 and rerecorded/modified/corrected on July 24, 2006 in Book 012075, Page 00183**, in the Public Registry of **Wake** County, and does hereby appoint **Trustee Services of Carolina, LLC** as his/her successor as Substitute Trustee. The Substitute Trustee shall have all the rights, powers, duties, obligations and privileges conferred by the Deed of Trust on the Trustee.

Should the undersigned become the last and highest bidder at the foreclosure sale, the Substitute Trustee is hereby authorized to transfer and assign said bid and to convey title to said foreclosure property to whomsoever the undersigned shall authorize. The statement in the Substitute Trustee's Deed that the undersigned has requested transfer of its bid to Grantee(s) in the Substitute Trustee's Deed shall be binding on the undersigned and conclusive evidence in favor of the assigned or other parties hereto, that the Substitute Trustee was duly authorized and empowered to execute same.

IN WITNESS WHEREOF, "Holder" has caused these presents to be executed in its name by its officers under seal, this 22 day of November, 2010.

*BankUnited*

By: _____
Printed Name: Tim Reilly
Title: Senior Vice-President

STATE OF Florida )
COUNTY OF Miami )

I, Vanessa Cortez, a Notary Public of Miami-Dade County and State of Florida, do hereby certify that Tim Reilly personally came before me this day and acknowledged that he/she is the Sr. Vice President of BankUnited, and that he/she, as Sr. Vice President, being authorized to do so, executed the foregoing on behalf of the corporation.
WITNESS my hand and official seal this 22nd day of November, 20 10.

_____    4/27/2012
Notary Public                My Commission expires

This notary acknowledgment made pursuant to new NCGS §10B-40, §10B-41, §47-37.1(b). Effective December 1, 2005.
(NOTARY SEAL)



VANESSA CORTEZ
Comm# DD0782766
Expires 4/27/2012
Florida Notary Assn., Inc

10-34290

Case 5:12-cv-00371-FL   Document 42-2   Filed 10/09/12   Page 3 of 3