# EXHIBIT H - TIM REILLY-LINKEDIN

# Tim Reilly
**SVP Default Administration at Bank United**
Jacksonville, Florida Area   Banking

## Join LinkedIn and access Tim Reilly's full profile.

As a LinkedIn member, you'll join 175 million other professionals who are sharing connections, ideas, and opportunities. And it's free! You'll also be able to:

- See who you and Tim Reilly know in common
- Get introduced to Tim Reilly
- Contact Tim Reilly directly

[View Full Profile]

### Tim Reilly's Overview

| | |
|---|---|
| Current | SVP Default Administration at Bank United |
| Past | VP-Default and Asset Management at Deutsche Bank Securities |
| | EVP at Real Estate Dispostion Corp (REDC) |
| | SVP Default Servicing at Impac Companies |
| | see all |
| Education | The University of Texas at Austin |
| Connections | 265 connections |

### Tim Reilly's Experience

**SVP Default Administration**
**Bank United**
Public Company; 1001-5000 employees; Banking industry
November 2009 – Present (2 years 11 months)

**VP-Default and Asset Management**
**Deutsche Bank Securities**
Public Company; 10,001+ employees; DB; Investment Banking industry
May 2009 – December 2009 (8 months)

**EVP**
**Real Estate Dispostion Corp (REDC)**
October 2007 – April 2009 (1 year 7 months)

• Hired by Nation's leading REO Auction company to bring Default Servicing expertise to the firm in order grow and to develop additional business opportunities
• Auctioned over $4B in REO for multiple Servicers/Banks serviced by over 50 outsource providers (Client list contains most top 10 residential sercivers) throughout US and Puerto Rico
• Actively interfaced with capital market investors, bond holders and rating agencies for purpose of promoting company's services.

**SVP Default Servicing**
**Impac Companies**
Public Company; 501-1000 employees; Financial Services industry
April 2007 – October 2007 (7 months)

• Manage all aspects of Default Master Servicing for $25 B Alt-A servicing with oversight responsibilities of several Primary Servicers including Countrywide, GMAC, Wells Fargo
• Hired to build systems, processes and team to ensure continued performance
• Readily interfaced with rating agencies and private investors.

**SVP Default Servicing**
**ABN AMRO**
Privately Held; 10,001+ employees; Banking industry
October 2003 – April 2007 (3 years 7 months)

• Managed all aspects of Default Servicing, inclusive of Primary Collections, Loan Resolution, Timeline Management (Foreclosure Pre-Sale, Bankruptcy, and Claims), REO/Property Preservation, and Default Analytics for organization with $250B in conforming, Jumbo, Alt-A, and A-minus product
• Responsibilities include management of multiple platforms with 5 direct Vice Presidents and over 300 employees.
• HOPE NOW representative for ABN and LaSalle Bank
• Responsible for budgeting including revenue enhancements and expense control initiatives
• Introduced multiple in-source vendors with purpose of driving production while decreasing cost
• Introduced and implemented compliance and process controls throughout Default process
• Managed nation's second largest 90+ FHLMC portfolio to top tier performance
• Introduced technology, techniques, and analytical reporting to better strengthen Departmental performance.
• Instrumental in creating a cradle-to-grave title curative concept to assist in curing Manufactured Home title and other title defects.
• Addressed Default compliance issues and augmented training to assist in remediation.

**SVP Default Servicing**
**Fairbanks Capital**
Privately Held; 1001-5000 employees; Real Estate industry
1999 – 2003 (4 years)

• Managed all aspects of Default Servicing inclusive of Primary Collections, Loan Resolution, Timeline Management, Skip Tracing, Default Operations Technology (Dialer & Analytics)
• Managed in rapidly growing environment from 2.5 billion (1999) to 50 billion (2003) in single family non-conforming residential mortgages, HLTV/125 product, and Alt-A product Responsible for multiple site acquisitions and successful integration of platforms and cultures (WMC - Woodland Hills, CA / Conti Mortgage - Hatboro, PA / Citi-Financial - Tampa Bay, FL / Equicredit - Jacksonville, FL / Olympus Loan Servicing - Austin, TX)
• Directly accountable for maintaining consistent to improved product performance for diverse Client and/or monoline standards (FNMA, Goldman Sachs,

Case 5:12-cv-00371-FL   Document 42-8   Filed 10/09/12   Page 2 of 2