# EXHIBIT I - CESAR ROMERO-LINKEDIN

Restaurant Social Media - Get the social media playbook for restaurants   From: Main Street Hub



# Cesar Romero, CAPM
Certified associate in Project Management.
Live life in permanent BETA.

Miami/Fort Lauderdale Area | Information Technology and Services

| | |
|---|---|
| Current | Moomkin, Bayview Asset Management |
| Previous | BankUnited, BDF |
| Education | Wordpress Basics, Wordpress at Grumo Online Academy |

**Send InMail**       **207** connections

www.linkedin.com/in/cesarromeromoomkin        Contact Info

## Summary

Self-motivated and results oriented Certified Associate in Project Management with over four years experience in the mortgage servicing industry specialized in business process management interested in making a significant contribution to the growth and success of a company with vision and integrity. Proven team player with the ability to implement results-oriented processes, foster strong working relationships, and constantly looking opportunities for improvement.

Vice-President of Moomkin, encouraging and empowering entrepreneurs, business professionals, and job seekers by interviewing other successful entrepreneurs and business professionals and providing resources, tools, tips, and advice to help our audience achieve their goals and build a frame of reference.

Future Goals:
Project Management Professional certification
Six Sigma Green Belt
Develop and establish Moomkin as the success incubator

Specialties
CompTIA A+; Quality Assurance; Process Management; Default Administration; Personal Motivator; Social Media; Project Management; Computer Networking

## Experience

**VP Operations Latin America**
Moomkin
Public Company; 1-10 employees; Information Services industry
January 2012 – Present (9 months)   Miami/Fort Lauderdale Area

Encourage and empower entrepreneurs, business professionals, and job seekers by interviewing successful entrepreneurs and business professionals and providing resources, tools, tips, and advice to help our audience achieve their goals and build a frame of reference.

**Foreclosure Coordinator**
Bayview Asset Management
Privately Held; 1001-5000 employees; Real Estate Industry
November 2011 – Present (11 months)   Miami/Fort Lauderdale Area

Responsible for ensuring that all events in the foreclosure process are completed accurately and timely acting as liaison between asset managers and foreclosure counsel.

Manage foreclosure portfolio timeline of over 600 loans according to investor/insurer guidelines and regulations.
Develop training material and train new hires on policies, procedures, and expectations contributing to team development and cohesion.
Coordinate special projects ensuring deliverables are met according to goals and expectations.

**Foreclosure Analyst**
BankUnited
Public Company; 1001-5000 employees; Banking industry
February 2009 – November 2011 (2 years 10 months)   Miami/Fort Lauderdale Area

KEY ACCOMPLISHMENTS
☐ Contributed to streamlining foreclosure process by implementing policies, procedures, and controls resulting in the reduction of processor and attorney errors by 95%.

FORECLOSURE LOAN PORTFOLIO ADMINISTRATION
☐ Monitor status of foreclosure process assuring that is completed accurately in adherence to mandatory state and investor guidelines.
☐ Evaluate foreclosure cases report identifying critical issues delaying the foreclosure process and implementing effective solutions.
☐ Represent the company at evidentiary hearings and trials as a corporate witness.
☐ Manage network of foreclosure attorneys and established foreclosure timeline.