THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | |
|---|---|
| GUSTAVO ROMANELLO and ACELA ROMANELLO, ) ) ) Plaintiffs, ) ) v. ) ) ) BANKUNITED, INC., TRUSTEE ) SERVICES OF CAROLINA, LLC, BROCK ) & SCOTT, PLLC, RAGSDALE LIGGETT, ) PLLC and ASHLEY H. CAMPBELL, ) ) Defendants. ) | Case No. 5:12 CV 371-FL |

## NOTICE OF APPEARANCE

Please take notice that J. Whitfield Gibson of Manning, Fulton & Skinner, P.A., hereby give notice that he is making an appearance as counsel on behalf of Defendants, Ragsdale Liggett, PLLC and Ashley H. Camp in this matter.

This is the 12th day of October, 2012

                                                            MANNING FULTON & SKINNER, P.A.

                By:   /s/ J. Whitfield Gibson
                         J. Whitfield Gibson, NCSB #41261
                         3605 Glenwood Avenue, Suite 500
                         Raleigh, NC 27612
                         Phone: (919) 787-8880
                         Facsimile: (919) 325-4621
                         *Counsel for Ragsdale Liggett, PLLC and Ashley H. Campbell*

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing **NOTICE OF APPEARANCE** was filed with the Clerk of Court using the CM/ECF System which will send notification of such filing to the following

Gustavo Romanello
Acella Romanello
5448 Thunderidge Drive
Raleigh, NC 27610
*Pro Se Plaintiffs*

Travis Emil Menk
Brock and Scott, PLLC
5121 Parkway Plaza Blvd., Suite 300
Charlotte, NC 28217-1965
Telephone:704-643-0290
Fax:704-369-0760
Email: travis.menk@brockandscott.com
*Counsel for Brock & Scott, PLLC*

Sean Partrick
Yates McLamb & Weyher, L.L.P.
421 Fayetteville Street, Suite 1200
Raleigh, NC 27601
*Counsel for BankUnited*

Travis Emil Menk
Brock and Scott, PLLC
5121 Parkway Plaza Blvd., Suite 300
Charlotte, NC 28217-1965
Telephone:704-643-0290
Fax:704-369-0760
Email: travis.menk@brockandscott.com
*Counsel for Trustee Services of the Carolinas, LLC*

This the 12th day of October, 2012.

            **MANNING FULTON & SKINNER, P.A.**

By: /s/ J. Whitfield Gibson
   J. Whitfield Gibson, NCSB #41261
   3605 Glenwood Avenue, Suite 500
   Raleigh, NC 27612
   Phone: (919) 787-8880
   Facsimile: (919) 325-4621
   *Counsel for Ragsdale Liggett, PLLC and*
   *Ashley H. Campbell*