IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | |
|---|---|
| GUSTAVO ROMANELLO and ACELA ROMANELLO,<br>   Plaintiffs,<br><br>v.<br><br>BANKUNITED, INC., TRUSTEE SERVICES OF CAROLINA, LLC, BROCK & SCOTT, PLLC, RAGSDALE LIGGETT, PLLC and ASHLEY H. CAMPBELL,<br><br>   Defendants. | Case No. 5:12 CV 371-FL<br><br>ORDER |

This matter is before the Court pursuant to a Motion to Stay Discovery filed by Defendant Ragsdale Liggett, PLLC and Ashley H. Campbell ("Moving Defendants") seeking to stay pre-trial deadlines in Discovery proceedings pending a resolution of Moving Defendant's Motion to Dismiss Amended Complaint in Lieu of Filing Answer. For good cause shown, and in light of this Court's finding that a stay of pre-trial deadlines and Discovery proceedings will not prejudice Plaintiff, it is hereby

ORDERED that all Discovery in the above-captioned civil action shall be stayed until this Court enters an Order resolving Moving Defendant's Motion to Dismiss Amended Complaint in Lieu of Filing Answer or until further Order of this Court. It is further

ORDERED that the Clerk is directed to send a copy of this Order to Counsel of Record for Plaintiffs and all Defendants.

Dated: _____            _____
                                                                                  United States District Judge