IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF NORTH CAROLINA

WESTERN DISTRICT

| | | |
|---|---|---|
| Gustavo Romanello | ) | |
| Acela Romanello | ) | |
| | ) | |
| V. | ) | Civil Case No. 5:12 cv 371 FL |
| | ) | |
| | ) | |
| BankUnited, Inc. et al. | ) | |

MOTION FOR LEAVE TO FILE AN AMENDED COMPLAINT

To this Court's Honorable United States District Judge:

COMES NOW the Plaintiffs, Gustavo and Acela Romanello, who hereby move the Court for an Order granting them Leave to file an amended complaint in the above referenced case pursuant to Federal Rule of Civic Procedure 15 (a), and in support of this Motion, Plaintiffs provide a Memorandum filed with this Motion.

WHEREFORE, Plaintiffs move this Court to Order and grant this Motion for Leave to Amend Complaint.

Respectfully, this 22nd of October, 2012

*[signatures]* Acela Romanello

## CERTIFICATE OF SERVICE

The undersigned hereby certify that on October 22nd, 2012, a copy of the foregoing Plaintiffs Motion For Leave to file an Amended Complaint was served upon all parties to this action as follows:

    Sean T. Partrick

YATES McLAMB & WEYHER, LLP

421 Fayetteville St., ste. 1200

Raleigh, NC 27601

Counsel for BankUnited, Inc

    Travis E. Menk

BROCK & SCOTT, PLLC

5121 Parkway Plaza Blvd., ste. 300

Charlotte, NC 28217

Counsel for Brock & Scott, Pllc and

Trustee Services of Carolina, Llc

    J. Whitfield Gibson    Robert S. Shields,jr

MANNING FULTON & SKINNER, P.A.

3605 Glenwood Ave, ste 500

Raleigh, NC 27612

Counsels for Ragsdale Liggett, PLLC and

Ashley H. Campbell

This October 22nd, 2012

*[signatures: Finton Brunell, Acela Romanello]*

5445 Thunderidge dr

Raleigh, NC 27610

tangogaucho@gmail.com