IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF NORTH CAROLINA

WESTERN DISTRICT

Gustavo Romanello )
Acela Romanello )
)
V. ) Civil Case No. 5:12 cv 371 FL
)
BankUnited, Inc. et al. )

MEMORANDUM IN SUPPORT OF

MOTION FOR LEAVE TO FILE AN AMENDED COMPLAINT

FACTS

On June 20th, 2012, Plaintiffs commenced an action against Defendants for violations of the Fair Debt Collection Practices Act (FDCPA) 15 USC sec 1692 et seq., the North Carolina Prohibited Acts by Debt Collectors Act (NCDCA) (NCGS 75-50 et seq.), and the North Carolina Unfair Trade Practices Act (NCGS 75-1.1).

On July 30th, 2012 Plaintiffs filed a Motion to Amend the Case Caption.

On August 31st, 2012 Defendants Brock & Scott and Trustee Services of Carolina, filed a Motion to Dismiss pursuant to FRCP 12 (b)(6).

On September 4th, 2012 Defendants BankUnited, Ragsdale Liggett and Ashley H. Campbell filed a Motion to Dismiss pursuant to FRCP 12 (b)(6).

On October 9th, 2012 Plaintiffs filed a Response to Defendants Motion to Dismiss and requested this Court to grant them Leave to amend their complaint.

ARGUMENT

The rules of Court provide on rule 15 (a) that "...leave shall be freely given when justice requires", see Forman v. Davis 371 U.S. 178, 182 (1962) "...Court should grant leave freely to amend complaint", Exhibit A.

Plaintiffs respectfully requests this Motion for Leave to file an Amended Complaint be granted and that the Order be entered.

Submitted this 22nd of October, 2012

Sincerely,

*[signatures]*

5445 Thunderidge dr

Raleigh, NC 27610

tangogaucho@gmail.com