IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

No. 5:12-CV-371-FL

| | |
|---|---|
| Gustavo Romanello and Acela Romanello, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | |
| ) | ORDER |
| BankUnited, Inc.; Trustee Services of ) | |
| Carolina, LLC; Brock & Scott, PLLC; ) | |
| Ragsdale Liggett, PLLC; and Ashley H. ) | |
| Campbell, ) | |
| ) | |
| Defendants. | |

Before the court are three unopposed motions to stay discovery and case deadlines (DE # 14, 20, 28). Where all defendants have moved to dismiss all claims against them, and where plaintiff has not opposed a motion to stay scheduling submitted by four out of five defendants appearing in this case, to avoid unnecessarily consuming the resources of the court and the parties, and to allow the court time to consider defendants' motions to dismiss, the court hereby GRANTS the motions to stay and suspends further discovery and case scheduling in this matter pending ruling on defendants' motion to dismiss.

SO ORDERED, this the 24th day of October, 2012.

_____
LOUISE W. FLANAGAN
United States District Judge