


IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF NORTH CAROLINA

WESTERN DISTRICT

| | | |
|---|---|---|
| Gustavo Romanello | ) | |
| Acela Romanello | ) | |
| | ) | |
| V. | ) | Civil Case No. 5:12 cv 371 FL |
| | ) | |
| BankUnited, Inc. et al. | ) | |

## ORDER

WHEREAS, this Court has been duly presented with a Motion for Leave to file an Amended Complaint to correct any deficiencies, and good cause being found, this Court now grants this Order for Leave to file an Amended Complaint.

IT IS SO ORDERED, this _____ day of _____ 2012

_____
Honorable Louise Wood Flanagan
Judge, United States District Court

1

# CERTIFICATE OF SERVICE

The undersigned hereby certify that on October 22nd, 2012, a copy of the foregoing Order was served upon all parties to this action as follows:

Sean T. Partrick
YATES McLAMB & WEYHER, LLP
421 Fayetteville St., ste. 1200
Raleigh, NC 27601
Counsel for BankUnited, Inc.

Travis E. Menk
BROCK & SCOTT, PLLC
5121 Parkway Plaza Blvd., ste. 300
Charlotte, NC 28217
Counsel for Brock & Scott, Pllc and
Trustee Services of Carolina, Llc

J. Whitfield Gibson    Robert S. Shields, jr
MANNING FULTON & SKINNER, P.A.
3605 Glenwood Ave., ste. 500
Raleigh, NC 27612
Counsels for Ragsdale Liggett, Pllc and
Ashley H. Campbell

This October 22nd, 2012

Gustavo Romanello   Acela Romanello      *[signature]*
5445 Thunderidge dr., Raleigh NC 27610
Tangogaucho@gmail.com