THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | |
|---|---|
| GUSTAVO ROMANELLO ACELA ROMANELLO, | ) ) ) |
| PLAINTIFFS, | ) ) ) |
| VS. | ) NO. 5:12-CV-00371-FL ) |
| BANKUNITED, INC., TRUSTEE SERVICES OF CAROLINA, LLC, BROCK & SCOTT, PLLC, RAGSDALE LIGGETT, PLLC, ASHLEY H. CAMPBELL, | ) ) ) ) ) ) |
| DEFENDANTS. | ) |

## NOTICE OF APPEARANCE

Please take notice that Marc S. Asbill of Brock & Scott, PLLC, at the request of Defendants, Trustee Services of Carolina, LLC and Brock and Scott, PLLC, hereby gives notice that he is making an appearance on behalf of Defendants, in this matter.

Respectfully submitted this 4th day of December, 2012.

                                        BROCK & SCOTT, PLLC

BY:    /s/ Marc S. Asbill
            Marc S. Asbill, NC Bar #39504
            Brock & Scott, PLLC
            5121 Parkway Plaza Blvd.,
            Charlotte, NC 28217
            704-643-0290 (Phone)
            704-553-7225 (Fax)
            Marc.Asbill@BrockandScott.com
            *Counsel for Trustee Services of Carolina, LLC and Brock and Scott, PLLC*

THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | |
|---|---|
| GUSTAVO ROMANELLO ) <br> ACELA ROMANELLO, ) <br> ) <br>        PLAINTIFFS, ) <br> ) <br>   VS. ) <br> ) <br> BANKUNITED, INC., TRUSTEE ) <br> SERVICES OF CAROLINA, LLC, ) <br> BROCK & SCOTT, PLLC, RAGSDALE ) <br> LIGGETT, PLLC, ASHLEY H. ) <br> CAMPBELL, ) <br> ) <br>        DEFENDANTS. ) | NO. 5:12-CV-00371-FL |

## CERTIFICATE OF SERVICE

I hereby certify that on December 4, 2012, a copy of the foregoing pleading, with any and all attachments, was filed electronically with the clerk of court via ECF and served via First-Class Mail, postage prepaid, addressed to:

| | |
|---|---|
| Gustavo Romanello <br> Acela Romanello <br> 5445 Thunderidge Dr. <br> Raleigh, NC 27610 | Barbara B. Weyher <br> Sean T. Partrick <br> Yates, McLamb & Weyher, LLP <br> 421 Fayetteville St., Suite 1200 <br> P. O. Box 2889 <br> Raleigh, NC 27602-2889 <br> Attorneys for Bank United |
| Robert S. Shields , Jr. <br> Jonathan Whitfield Gibson <br> Manning Fulton & Skinner, P.A. <br> P. O. Box 20389 <br> 3605 Glenwood Ave., Suite 500 <br> Raleigh, NC 27619 <br> Attorneys for Ragsdale Liggett, PLLC | Robert S. Shields , Jr. <br> Jonathan Whitfield Gibson <br> Manning Fulton & Skinner, P.A. <br> P. O. Box 20389 <br> 3605 Glenwood Ave., Suite 500 <br> Raleigh, NC 27619 <br> Attorneys for Ashley H. Campbell |

(signature on following page)

BROCK & SCOTT, PLLC


BY:    /s/ Marc S. Asbill
        Marc S. Asbill