# BankUnited

OLLW-D

September 28, 2010

Gustavo Romanello
Acela Romanello
5445 Thunderidge Dr
Raleigh, NC 27610

Mortgage Loan No. 459401-6

\* \* NOTICE OF DEFAULT \* \*

Dear Mortgagor(s):

You are hereby notified that you are in default under the terms and conditions of the Note/Mortgage you executed on the above referenced loan. You have breached, among others, the covenant requiring prompt payment of the monthly installments of principal and interest evidenced by the Note.

In order to cure the existing breach with respect to the referenced Mortgage, the amount due by September 30, 2010 is $ 3,695.77. However, the total amount due of $ 4,598.64 must be paid by October 29, 2010, as well as, any penalties charged prior to the expiration of this notice.

Your failure to cure this breach on or before the date specified in this notice will result in the acceleration of the sums secured by the Mortgage, foreclosure by judicial proceeding and sale of the property. Should such proceedings be instituted, you shall be obligated for all attorney fees and court costs.

It is requested that all past due amounts be remitted in Certified Funds. No partial payments will be accepted.

You have the right to reinstate the Mortgage after acceleration pursuant to paragraph 18 of the Mortgage, and the right to assert in the foreclosure proceeding the non-existence of a default or any other defense you may have to acceleration or foreclosure.

Sincerely,
Collection Department
C0021

\*\* Pursuant to Section 106 of the Housing and Urban Development Act of 1968, you have the right to receive counseling regarding the retention of your home from various local agencies. You may secure a list of the agencies by contacting the Department of Housing and Urban Development at (800)569-4287.

If you have filed bankruptcy and have received a final discharge from the United States Bankruptcy Court, this notice is in no way to be construed as an effort by the Bank to collect any of this debt or obligation from you personally under the note or otherwise; to the contrary, it is merely provided to you as a required notice under the loan documents to advise you that the Bank intends to pursue its rights only against the security for the loan. If you have any question about legal ramifications of this, you are advised to seek legal advice."