**BankUnited**
7815 NW 148th Street
Miami Lakes, FL 33016
T 877 779 2265
www.bankunited.com

E



**BankUnited**

April 26, 2011

Mr. and Mrs. Gustavo Romanello
5445 Thunderidge Drive
Raleigh, NC 27610

    Re:    *Response to RESPA Qualified Written Request*
            *Borrower: Gustavo Romanello and Acela Romanello*
            *Loan Number: 4594016*
            *Property Address: 5445 Thunderidge Drive, Raleigh, NC 27610*

Dear Mr. and Mrs. Romanello:

    I am in receipt of your "Qualified Written Request" ("QWR") dated February 25, 2011, concerning the above-referenced mortgage loan with BankUnited, FSB, which was the original owner and servicer of this loan. BankUnited, FSB was closed by the Office of Thrift Supervision (the "OTS") and taken into receivership by the Federal Deposit Insurance Corporation (the "FDIC") on May 21, 2009. BankUnited, a newly chartered federal savings association (the "Bank"), is the assignee of the FDIC, as receiver for BankUnited, FSB and the current owner and services of this mortgage. As such, BankUnited has access to the loan records. Although the conduct you allege occurred before May 21, 2009, the Bank has conducted an investigation of the above loan file.

    Your QWR indicates your need for understanding of the accounting and servicing of your loan from the date of origination to the present date. Enclosed please find a copy of the account activity history since the inception of your loan so that you may independently validate this debt. The report provides you with information on balances and fees that have been assessed to your loan. With respect to your request for copies pertaining to the origination of you mortgage, enclosed is a fee schedule listing the costs to produce the items requested. The amount will be determined by computing the number of estimated research hours and the approximate number of copies at the standard rate of $10.00 per document or as listed in the fee schedule. Please note that payment must be received before any copies will be sent. The Bank will not furnish you with any proprietary information.

    There have been no errors with the servicing of your loan that would warrant corrections since all payments have been applied correctly. The current holder of the Note and Mortgage is BankUnited. BankUnited is also the Servicer of your mortgage loan.

    In response to your assertions of potential and predatory lending practices, the Bank provided you with initial disclosures within three days of the application to provide you with an opportunity to review the product offered and therefore make an informed decision. These disclosures described the loan program

and the loan terms, including how and when the interest rate and payment can change, and the payment options. The terms for the product that you opted for were acknowledged when you signed the Note and Mortgage which was properly executed and notarized at the closing.

As for your assertions of misrepresentation and that your income was inflated on the application, please note that the Bank evaluated your loan under the Stated Income Stated Asset (SISA) program. Under this program, the Bank relied solely on the income representations made by you as stated in the Uniform Residential Loan Application (1003). You acknowledged and agreed that the representations made by you in the 1003 were accurate when you signed the loan application at closing.

In conclusion, the Bank has serviced your mortgage loan in accordance with all applicable laws and regulations.

Sincerely,

Yvette Rosa
Loan Servicing Manager

Enclosures

```
FEE1 4594016              FEE ACTIVITY LEDGER           04/25/11  09:58:32
SELECTED CODES      FROM MMDDYY                         PAGE   1  OF   3
GUSTAVO ROMANELLO                   5445 THUNDERIDGE DR
ACELA ROMANELLO                     RALEIGH
                                              NC 27610-

FEE                     DATE                DATE                DATE
CODE  DESCRIPTION      ASSESSED   AMOUNT    PAID      AMOUNT    WAIVED    AMOUNT
  2  BAD CHECK FEE     12-28-05    25.00
  1  LATE CHARGE       12-28-05    37.91
  1  LATE CHARGE                             01-10-06   37.91
  2  BAD CHECK FEE                           01-10-06   25.00
  T  WESTERN UNION CK                        04-10-06   10.00
  1  LATE CHARGE       08-16-06    45.89
  1  LATE CHARGE                             11-13-06   45.89
  1  LATE CHARGE       09-16-09    28.65
  1  LATE CHARGE                             12-31-09   28.65
  1  LATE CHARGE       06-16-10    24.12
  1  LATE CHARGE       07-16-10    24.08
  G  PROPERTY INSP FE  08-13-10    13.00
  1  LATE CHARGE       08-16-10    24.05
NET       344.50      TOTALS      491.95               147.45              0.00
```

```
FEE1 4594016              FEE ACTIVITY LEDGER         04/25/11  09:58:35
SELECTED CODES       FROM MMDDYY                      PAGE    2  OF    3
GUSTAVO ROMANELLO                  5445 THUNDERIDGE DR
ACELA ROMANELLO                    RALEIGH
                                                      NC 27610-
```

| FEE CODE | DESCRIPTION | DATE ASSESSED | AMOUNT | DATE PAID | AMOUNT | DATE WAIVED | AMOUNT |
|---|---|---|---|---|---|---|---|
| G | PROPERTY INSP FE | 09-10-10 | 13.00 | | | | |
| 1 | LATE CHARGE | 09-16-10 | 24.01 | | | | |
| G | PROPERTY INSP FE | 10-12-10 | 13.00 | | | | |
| 1 | LATE CHARGE | 10-18-10 | 23.98 | | | | |
| G | PROPERTY INSP FE | 11-11-10 | 13.00 | | | | |
| 1 | LATE CHARGE | 11-16-10 | 23.95 | | | | |
| G | PROPERTY INSP FE | 12-09-10 | 13.00 | | | | |
| 1 | LATE CHARGE | 12-16-10 | 23.92 | | | | |
| G | PROPERTY INSP FE | 01-10-11 | 13.00 | | | | |
| 1 | LATE CHARGE | 01-18-11 | 23.89 | | | | |
| G | PROPERTY INSP FE | 02-10-11 | 13.00 | | | | |
| 1 | LATE CHARGE | 02-16-11 | 23.86 | | | | |
| 1 | LATE CHARGE | 03-16-11 | 23.83 | | | | |
| NET | 344.50 | TOTALS | 491.95 | | 147.45 | | 0.00 |

```
FEE1 4594016              FEE ACTIVITY LEDGER         04/25/11  09:58:37
SELECTED CODES    FROM MMDDYY                         PAGE   3 OF   3
GUSTAVO ROMANELLO              5445 THUNDERIDGE DR
ACELA ROMANELLO                RALEIGH
                                                      NC 27610-

FEE                   DATE                     DATE             DATE
CODE  DESCRIPTION     ASSESSED    AMOUNT       PAID    AMOUNT   WAIVED    AMOUNT
  1   LATE CHARGE     04-18-11     23.81


NET       344.50   TOTALS    491.95            147.45                      0.00
** NO MORE ITEMS IN ACTIVITY LEDGER **
```

```
I5161-721                BANKUNITED, FSB                    LOAN HISTORY Y-T-D INV 164 CAT 043 INV# 4594016    T13 12/30/05
                                                                                                                PAGE  11001
                                                                                                          ARM PLAN 3DCC
LN#     4594016   GUSTAVO ROMANELLO        ACELA ROMANELLO                                                    EMP 0   P0F0
                                           1301 NW 42 STREET            FT LAUDERDALE        FL 33309

1ST MTGE PRIN  2ND MTGE PRIN   ESC BAL    REST ESC    SUSPENSE    ADV BAL    REPL RES   HUD BAL    LC BAL   INT DUE  DUE DATE  HUD PRT OF M
   145,589.91            .00    1038.92        .00         .00        .00         .00       .00     37.91       .00  12-01-05     .00 JG Z

   P & I 1ST   P&I 2ND    CO TAX   CITY TAX  HAZ INS   M I P    LIEN    BSC   A & H    LIFE      MISC     REP RES   TOT PAYMT  INT RATE DT BM
      363.47      .00     226.90       .00     32.83     .00     .00   .00   .00 0     .00 0    .00 0         .00      623.20 .0625000  1 7

   1ST ORIG MTG   2ND ORIG MTG      PRIN BAL BEG    INT IND  CAP FLAG  MTGR SSN      DEF INT BAL   PRIOR YR PPD INT  PPD INT IND   GPM ORG
       145,100              0         145,100.00                       593 09 8545        738.51              0.00          0           0

ASSUM-DT  XFER-DEED  FHA-SEC/NUM     LIP PAYOFF  FC-TRK-SW  YE-ACQ-RPT/DATE   SALE-ID  EXEMPT  PLGD-LN  PMT-OPT  CALC-METH  ELOC  BNKRPCY CH/DT

PMT PERIOD  1098-DET-HIST  POINTS-PAID/RPTG YR  SUPPR-MICR-STMT  DI-NOT-RPT-YR  REAS CAUS  RI-HDR-SW  1ST-DUE-DT     REO STAT/COMPL DT
   12                             .00                                                                   09-05

IOE CREDIT YTD/W-H  SW/W-H BALANCE    IORE CREDIT YTD/W-H SW/W-H BALANCE     CONSTR CD    NO PURGE FLAG/YR    BNKRPT STAT    LAST DEF DUE
       .00                  .00              .00                 .00                                                              08-45

REC CORP ADV BAL   3RD REC CORP ADV BAL    FORECL WKST CODE/REINSTATE DATE    INIT ESC STMT CODE / DATE     LOSS MIT STATUS/COMPL DATE
         .00                .00                                                       9       09-08-05

DUE    PROC  TP SQ     AMOUNT    PRINCIPAL   PRINCIPAL    INTEREST   ESCROW    ESCROW    ADVANCE   STATUS     STATUS    UNEARNED     OTHER  CFD
DATE   DATE  TR NO    RECEIVED      PAID     BALANCE        PAID      PAID    BALANCE    BALANCE   AMOUNT    BALANCE   INT-BAL.    AMOUNTS  DCT
BAL-FWD -02 4 93  2                          145100.00                            .00        .00                 .00         .00
09-05 08-08 1 42  1        .00   145100.00-  145100.00         .00       .00      .00        .00      .00        .00         .00              1
                                                                                                  BATCH N40  EDIT-SEQ 176540
08-05 08-08 1 70  2     494.98        .00    145100.00      235.25    259.73   259.73        .00      .00        .00         .00              1
                                                                                                  BATCH N40  EDIT-SEQ 177081           08-08-05 L
09-05 09-12 1 72  1     623.20     248.60    144851.40      114.87    259.73   519.46        .00      .00        .00         .00              1
                                                                                                  BATCH 601  EDIT-SEQ 011463           09-12-05 L
                          IR EFF  10-05  OLD  .0095000   NEW  .0600000    PRIN BAL   144,851.40
                          PI EFF  10-05  OLD     363.47  NEW      363.47  PRIN BAL   144,851.40
10-05 10-11 1 72  1     623.20     360.79-   145212.19      724.26    259.73   779.19        .00      .00        .00         .00              1
                                                                                                                                       10-11-05 L
                                                                                                                                        360.79-AB
                                                                                                                                        360.79-AC
                                                                                                                                        360.79-AE
                                                                                                  BATCH 602  EDIT-SEQ 066342            360.79-AF
                          IR EFF  11-05  OLD  .0600000   NEW  .0612500    PRIN BAL   145,212.19
                          PI EFF  11-05  OLD     363.47  NEW      363.47  PRIN BAL   145,212.19
11-05 11-09 1 72  1     623.20     377.72-   145589.91      741.19    259.73  1038.92        .00      .00        .00         .00              1
                                                                                                                                       11-09-05 L
                                                                                                                                        377.72-AB
                                                                                                                                        377.72-AC
                                                                                                                                        377.72-AE
                                                                                                  BATCH 600  EDIT-SEQ 048271            377.72-AF
                          IR EFF  12-05  OLD  .0612500   NEW  .0625000    PRIN BAL   145,589.91
                          PI EFF  12-05  OLD     363.47  NEW      363.47  PRIN BAL   145,589.91
12-05 12-12 1 72  1     623.20     394.81-   145984.72      758.28    259.73  1298.65        .00      .00        .00         .00              1
```

```
I5161-721                        BANKUNITED, FSB               LOAN HISTORY Y-T-D INV 164 CAT 043 INV# 4594016    T13 12/30/05
LOAN-NO (CONT\D)                                                                                                   PAGE  11002

LN#    4594016     GUSTAVO ROMANELLO        ACELA ROMANELLO                                                EMP 0      P0F0

 DUE  PROC   TP  SQ    AMOUNT     PRINCIPAL  PRINCIPAL   INTEREST   ESCROW    ESCROW    ADVANCE    STATUS    STATUS    UNEARNED    OTHER    CFD
 DATE DATE   TR  NO   RECEIVED       PAID     BALANCE      PAID      PAID    BALANCE   BALANCE    AMOUNT   BALANCE    INT-BAL.   AMOUNTS   DCT
                                                                                                                                12-12-05 L
                                                                                                                                 394.81-AB
                                                                                                                                 394.81-AC
                                                                                                                                 394.81-AE
                                                                                                                                 394.81-AF
                                                                                                      BATCH 602 EDIT-SEQ 079379
                    IR EFF   01-06    OLD    .0625000    NEW    .0637500    PRIN BAL    145,984.72
                    PI EFF   01-06    OLD      363.47    NEW      363.47    PRIN BAL    145,984.72
                    IR EFF   01-06    OLD    .0637500    NEW    .0625000    PRIN BAL    145,984.72
                    PI EFF   01-06    OLD      363.47    NEW      363.47    PRIN BAL    145,984.72
12-05 12-28 1 48  2        .00        394.81  145589.91   758.28-   259.73-   1038.92      .00        .00        .00         .00                1
                                                                                                                                 394.81 AB
                                                                                                                                 394.81 AC
                                                                                                                                    125 AD
                                                                                                                                 394.81 AE
                                                                                                                                 394.81 AF
                                                                                                      BATCH 805 EDIT-SEQ 006370
12-05 12-28 1 52  3        .00         .00    145589.91      .00       .00    1038.92      .00        .00        .00         .00   37.91- 11

  REQ-BY TOTALS     2,987.78                   1,815.57                                                .00                      2,991.95-
  Y/E                            489.91-                 1,038.92

OTHER AMOUNT CODES:
A=FHA-PENALTY    G=SER=INTEREST-PAID TO POOL   K=INT-DUE-PD         P=ACCRUED-IOE/IORE   U=REAPPLICATION-FEE      Y=HUD-FUND
B=BSC            H=FEE-AMT                     L=PD-THRU-DT         R=UE-INT-AMT         V=ESCROW-ADVANCE         Z=RESTRICTED-ESCROW
C=235-FEE        I=A-H-PD                      M=ADVANCE-EFF-DATE   S=CR-LIFE-AMT        W=SUSPENSE               DI=DEFERRED-INT-BAL
F=MISC           J=LIFE-PD                     N=ADVANCE-MEMO-AMT   T=ORIG-FEE-AMT       X=REPLACEMENT-RESERVE
AA=SER-FEE-PD    AB=DEFERRED-INT-PD            AC=LIFE-DEF-INT-PD   AD=CHECK-NO  AE=DEFERRED-INT-LTD-PD   AF=LIFE-DEFERRED-INT-LTD-PD
AG=SUB-CODE      AJ=DEF-INT-ADJ-FLAG           AK=ADV-AMT-RECD      AL=TRAN-SOURCE  AM=IOC-SPEC-INT-PD  AN=NON-REC-CORP-ADV  AP=DATE-STAMP  AQ=TIME-
STAMP   AR=MTGR-REC-CORP-ADV    AS=PREV-POSTED    AT=3RD-REC=CORP-ADV   AY=ADJ YE 1098 IND   AZ=CHOICES-PD
FEE CODES:       1=LATE-CHARGE   2=BAD-CK-FEE   3=CHG-OWNER=CORP-ADV   AY=ADJ YE 1098 IND   AZ=CHOICES-PD
```

```
I5161-721              BANKUNITED, FSB               LOAN HISTORY Y-T-D INV 164 CAT 043 INV# 4594016    T13 12/29/06
                                                                                                       PAGE 87479
                                                                                                ARM PLAN 3DCC
LN#      4594016    GUSTAVO ROMANELLO         ACELA ROMANELLO                                   EMP 0    POFO
                                              5445 THUNDERIDGE DR    RALEIGH       NC 27610

1ST MTGE PRIN  2ND MTGE PRIN   ESC BAL    REST ESC    SUSPENSE    ADV BAL   REPL RES   HUD BAL    LC BAL    INT DUE  DUE DATE   HUD PRT OF M
   151,578.30           .00     553.55         .00         .00        .00        .00       .00       .00        .00  01-01-07       .00 JG Z

P & I 1ST   P&I 2ND    CO TAX    CITY TAX    HAZ INS    M I P     LIEN    BSC  A & H    LIFE       MISC      REP RES    TOT PAYMT  INT RATE  DT BM
   390.73       .00    226.90        .00      32.83      .00      .00     .00   .00 0   .00 0     .00 0          .00      650.46  .0787500   1  7

1ST ORIG MTG   2ND ORIG MTG     PRIN BAL BEG   INT IND  CAP FLAG  MTGR SSN       DEF INT BAL   PRIOR YR PPD INT   PPD INT IND  GPM ORG
   145,100             0          145,589.91                      593 09 8545       6,726.90               0.00              0            0

ASSUM-DT  XFER-DEED  FHA-SEC/NUM     LIP PAYOFF  FC-TRK-SW  YE-ACQ-RPT/DATE   SALE-ID  EXEMPT  PLGD-LN  PMT-OPT  CALC-METH  ELOC  BNKRPCY CH/DT

PMT PERIOD  1098-DET-HIST   POINTS-PAID/RPTG YR  SUPPR-MICR-STMT  DI-NOT-RPT-YR  REAS CAUS  RI-HDR-SW   1ST-DUE-DT     REO STAT/COMPL DT
    12                             .00                                                                    09-05
IOE CREDIT YTD/W-H  SW/W-H BALANCE     IORE CREDIT YTD/W-H  SW/W-H BALANCE    CONSTR CD    NO PURGE FLAG/YR    BNKRPT STAT     LAST DEF DUE
       .00                  .00                .00                  .00                                                           08-45
REC CORP ADV BAL   3RD REC CORP ADV BAL    FORECL WKST CODE/REINSTATE DATE    INIT ESC STMT CODE / DATE   LOSS MIT STATUS/COMPL DATE
       .00                  .00                                                       9          09-08-05

 DUE   PROC  TP SQ    AMOUNT    PRINCIPAL    PRINCIPAL    INTEREST    ESCROW    ESCROW    ADVANCE   STATUS    STATUS    UNEARNED    OTHER   CFD
 DATE  DATE  TR NO   RECEIVED      PAID       BALANCE       PAID       PAID    BALANCE   BALANCE   AMOUNT   BALANCE    INT-BAL.    AMOUNTS  DCT
BAL-FWD -04  4 93 3                            145589.91                        1038.92      .00                 .00         .00
12-05 01-10  1 73 1      37.91         .00     145589.91        .00       .00   1038.92      .00      .00        .00         .00      37.91  11
                                                                                          BATCH 450 EDIT-SEQ 076364
12-05 01-10  1 73 2      25.00         .00     145589.91        .00       .00   1038.92      .00      .00        .00         .00      25.00  21
                                                                                          BATCH 450 EDIT-SEQ 076365
12-05 01-10  1 73 3     623.20      394.81-    145984.72     758.28    259.73   1298.65      .00      .00        .00         .00              1
                                                                                                                                  01-10-06 L
                                                                                                                                   394.81-AB
                                                                                                                                   394.81-AC
                                                                                                                                   394.81-AE
                                                                                                                                   394.81-AF
                                                                                          BATCH 450 EDIT-SEQ 076366
                     IR EFF 01-06   OLD .0625000     NEW .0637500      PRIN BAL   145,984.72
                     PI EFF 01-06   OLD    363.47    NEW    363.47     PRIN BAL   145,984.72
01-06 01-10  1 73 5     623.20      412.07-    146396.79     775.54    259.73   1558.38      .00      .00        .00         .00              1
                                                                                                                                  01-10-06 L
                                                                                                                                   412.07-AB
                                                                                                                                   412.07-AC
                                                                                                                                   412.07-AE
                                                                                                                                   412.07-AF
                                                                                          BATCH 450 EDIT-SEQ 076367
                     IR EFF 02-06   OLD .0637500     NEW .0662500      PRIN BAL   146,396.79
                     PI EFF 02-06   OLD    363.47    NEW    363.47     PRIN BAL   146,396.79
01-06 01-31  3 12 1   CHECK #769622                                    249.75-   1308.63           PAYEE CD 32183
02-06 02-07  1 72 1     623.20      444.76-    146841.55     808.23    259.73   1568.36      .00      .00        .00         .00              1
                                                                                                                                  02-07-06 L
                                                                                                                                   444.76-AB
                                                                                                                                   444.76-AC
                                                                                                                                   444.76-AE
                                                                                                                                   444.76-AF
```

```
I5161-721                           BANKUNITED           LOAN HISTORY Y-T-D INV 128 CAT 001 INV# 4594016    T13 12/31/09
LOAN-NO (CONT\D)                                                                                            PAGE  38517

LN#    4594016    GUSTAVO ROMANELLO      ACELA ROMANELLO                                               EMP 0    POFO

DUE   PROC   TP  SQ   AMOUNT    PRINCIPAL  PRINCIPAL   INTEREST   ESCROW    ESCROW    ADVANCE   STATUS    STATUS    UNEARNED   OTHER    CFD
DATE  DATE   TR  NO   RECEIVED  PAID       BALANCE     PAID       PAID      BALANCE   BALANCE   AMOUNT    BALANCE   INT-BAL.   AMOUNTS  DCT
                      PI EFF  01-10  OLD     718.45    NEW                  PRIN BAL            166,432.07
12-09 12-31  1 47  2        .00     197.73- 166629.80  520.72-    179.00-   472.00       .00        .00      .00        .00            1
                                                                                                                                 897.45 W
                                                                                                                                 197.73-AB
                                                                                                                                 197.73-AC
                                                                                                                                 197.73-AE
                                                                                                                                 197.73-AF
                                                                                                  BATCH 805 EDIT-SEQ 132694
12-09 12-31  1 47  3        .00      57.30- 166687.10     .00       .00     472.00       .00        .00      .00        .00            1
                                                                                                                                  57.30-AB
                                                                                                                                  57.30-AC
                                                                                                                                  57.30-AE
                                                                                                                                  57.30-AF
                                                                                                  BATCH 805 EDIT-SEQ 132695 ACTION 0075
12-09 12-31  1 47  4        .00        .00  166687.10     .00       .00     472.00       .00        .00      .00        .00            1
                                                                                                                                  57.30 W
                                                                                                  BATCH 805 EDIT-SEQ 132695
12-09 12-31  1 73  5        .00        .00  166687.10     .00       .00     472.00       .00        .00      .00        .00      28.65 11
                                                                                                                                  28.65-W
                                                                                                  BATCH 806 EDIT-SEQ 132719
12-09 12-31  1 75  6        .00      28.65  166658.45     .00       .00     472.00       .00        .00      .00        .00            1
                                                                                                                                  28.65-W
                                                                                                                                 12-31-09 L
                                                                                                                                  28.65 AB
                                                                                                                                  28.65 AC
                                                                                                                                  28.65 AE
                                                                                                                                  28.65 AF
                                                                                                  BATCH 806 EDIT-SEQ 132720
12-09 12-31  1 73  7        .00     197.64  166460.81  520.81     179.00    651.00       .00        .00      .00        .00            1
                                                                                                                                 897.45-W
                                                                                                                                 12-31-09 L
                                                                                                                                 197.64 AB
                                                                                                                                 197.64 AC
                                                                                                                                 197.64 AE
                                                                                                                                 197.64 AF
                                                                                                  BATCH 806 EDIT-SEQ 132721
                  IR EFF  01-10  OLD    .0375000   NEW   .0362500   PRIN BAL    166,460.81
                  PI EFF  01-10  OLD     718.45    NEW    718.45    PRIN BAL    166,460.81

REQ-BY TOTALS     8,690.57                7,440.72                                .00                                  5,568.60-
Y/E                        1,392.15-                 2,613.35

OTHER AMOUNT CODES:
A=FHA-PENALTY   G=SER=INTEREST-PAID TO POOL   K=INT-DUE-PD      P=ACCRUED-IOE/IORE   U=REAPPLICATION-FEE   Y=HUD-FUND
B=BSC           H=FEE-AMT                     L=PD-THRU-DT      R=UE-INT-AMT         V=ESCROW-ADVANCE      Z=RESTRICTED-ESCROW
C=235-FEE       I=A-H-PD                      M=ADVANCE-EFF-DATE S=CR-LIFE-AMT       W=SUSPENSE            DI=DEFERRED-INT-BAL
F=MISC          J=LIFE-PD                     N=ADVANCE-MEMO-AMT T=ORIG-FEE-AMT      X=REPLACEMENT-RESERVE
AA=SER-FEE-PD   AB=DEFERRED-INT-PD            AC=LIFE-DEF-INT-PD AD=CHECK-NO         AE=DEFERRED-INT-LTD-PD  AF=LIFE-DEFERRED-INT-LTD-PD
AG=SUB-CODE     AJ=DEF-INT-ADJ-FLAG           AK=ADV-AMT-RECD   AL=TRAN-SOURCE      AM=IOC-SPEC-INT-PD   AN=NON-REC-CORP-ADV   AP=DATE-STAMP   AQ=TIME-
STAMP   AR=MTGR-REC-CORP-ADV   AS=PREV-POSTED  AT=3RD-REC-CORP-ADV  AY=ADJ YE 1098 IND  AZ=CHOICES-PD
FEE CODES:      1=LATE-CHARGE  2=BAD-CK-FEE   3=CHG-OWNER=CORP-ADV  AY=ADJ YE 1098 IND   AZ=CHOICES-PD
```

# BankUnited

GUSTAVO ROMANELLO         DETAILED LOAN INFORMATION CAN BE FOUND
ACELA ROMANELLO           ON THE BANKUNITED WEBSITE:
5445 THUNDERIDGE DR
RALEIGH          NC 27610 WWW.BANKUNITED.COM

PLEASE CONTACT US AT 1-866-731-3454.

LOAN NUMBER: 4594016
*************************************************************************

------------------------- CURRENT ACCOUNT INFORMATION -------------------------

| DATE PAYMENT DUE | TOTAL PAYMENT AMOUNT | PRINCIPAL & INTEREST PAYMENT | LOAN INTEREST RATE | CURRENT PRINCIPAL BALANCE | ESCROW BALANCE |
|---|---|---|---|---|---|
| 06-01-10 | 902.87 | 718.45 | 3.50000 | 165,359.03 | 902.26- |

*************************************************************************

ACTIVITY FOR PERIOD 01/01/10 - 04/26/11

| PROCESS DATE | DUE DATE | TRANSACTION CODE | TRANSACTION DESCRIPTION | | EFFECTIVE DATE OF TRANSACTION |
|---|---|---|---|---|---|
| TRANSACTION AMOUNT | PRIN. PAID/ BALANCE | INTEREST | ESCROW PAID/ BALANCE | AMOUNT | ----OTHER---- CODE/DESCRIPTION |
| 04-18-11 | 06-10 | 152 | LATE CHARGE ASSESSMENT | | |
| 0.00 | 0.00 | 0.00 | 0.00 | 23.81-1 | LATE CHARGE |
| 03-16-11 | 06-10 | 152 | LATE CHARGE ASSESSMENT | | |
| 0.00 | 0.00 | 0.00 | 0.00 | 23.83-1 | LATE CHARGE |
| 02-16-11 | 06-10 | 152 | LATE CHARGE ASSESSMENT | | |
| 0.00 | 0.00 | 0.00 | 0.00 | 23.86-1 | LATE CHARGE |
| 02-14-11 | 00-00 | 631 | PROPERTY PRESERVATION | | |
| 105.00 | 0.00 | 0.00 | 0.00 | | |
| 01-18-11 | 06-10 | 152 | LATE CHARGE ASSESSMENT | | |
| 0.00 | 0.00 | 0.00 | 0.00 | 23.89-1 | LATE CHARGE |
| 12-16-10 | 06-10 | 152 | LATE CHARGE ASSESSMENT | | |
| 0.00 | 0.00 | 0.00 | 0.00 | 23.92-1 | LATE CHARGE |
| 11-16-10 | 06-10 | 152 | LATE CHARGE ASSESSMENT | | |
| 0.00 | 0.00 | 0.00 | 0.00 | 23.95-1 | LATE CHARGE |
| 10-26-10 | 06-10 | 161 | ESCROW ADVANCE | | |
| 902.26 | 0.00 | 0.00 | 902.26 | | |
| 10-26-10 | 10-10 | 312 | COUNTY TAX | | |
| 1,763.00- | 0.00 | 0.00 | 1763.00- | | |
| | | | | 902.26- | NEW PRINCIPAL/ESCROW BALANCES |
| 10-18-10 | 06-10 | 152 | LATE CHARGE ASSESSMENT | | |
| 0.00 | 0.00 | 0.00 | 0.00 | 23.98-1 | LATE CHARGE |
| 09-16-10 | 06-10 | 152 | LATE CHARGE ASSESSMENT | | |
| 0.00 | 0.00 | 0.00 | 0.00 | 24.01-1 | LATE CHARGE |
| 08-16-10 | 06-10 | 152 | LATE CHARGE ASSESSMENT | | |
| 0.00 | 0.00 | 0.00 | 0.00 | 24.05-1 | LATE CHARGE |
| 07-16-10 | 06-10 | 152 | LATE CHARGE ASSESSMENT | | |
| 0.00 | 0.00 | 0.00 | 0.00 | 24.08-1 | LATE CHARGE |
| 07-01-10 | 07-10 | 351 | HAZARD INSURANCE | | |
| 799.00- | 0.00 | 0.00 | 799.00- | | |
| | | | | 860.74 | NEW PRINCIPAL/ESCROW BALANCES |

GUSTAVO ROMANELLO
LOAN NUMBER: 4594016

```
                   ACTIVITY FOR PERIOD 01/01/10 - 04/26/11
PROCESS    DUE    TRANSACTION           TRANSACTION                 EFFECTIVE DATE
 DATE     DATE    CODE                  DESCRIPTION                 OF TRANSACTION
-----------------------------------------------------------------------------------
   TRANSACTION   PRIN. PAID/          ESCROW PAID/ -------------OTHER-------------
     AMOUNT        BALANCE    INTEREST   BALANCE    AMOUNT   CODE/DESCRIPTION
-----------------------------------------------------------------------------------
06-16-10  06-10   152   LATE CHARGE ASSESSMENT
       0.00         0.00       0.00       0.00        24.12-1 LATE CHARGE
05-11-10  06-10   493   ARM LOAN ADJUSTMENT
     NEW INTEREST RATE:  0.03500       NEW PRIN & INT PAYMENT:        718.45
05-11-10  05-10   172   PAYMENT
       902.87       235.47     482.98     184.42
                 165,359.03              1659.74    NEW PRINCIPAL/ESCROW BALANCES
04-13-10  05-10   173   PAYMENT
       108.32        0.00       0.00      108.32
                                          1475.32    NEW PRINCIPAL/ESCROW BALANCES
04-13-10  05-10   493   ARM LOAN ADJUSTMENT
     NEW INTEREST RATE:  0.03500       NEW PRIN & INT PAYMENT:        718.45
04-13-10  04-10   172   PAYMENT
       897.45       217.56     500.89     179.00
                 165,594.50              1367.00    NEW PRINCIPAL/ESCROW BALANCES
03-15-10  04-10   493   ARM LOAN ADJUSTMENT
     NEW INTEREST RATE:  0.03625       NEW PRIN & INT PAYMENT:        718.45
03-15-10  03-10   172   PAYMENT
       897.45       216.90     501.55     179.00
                 165,812.06              1188.00    NEW PRINCIPAL/ESCROW BALANCES
02-10-10  03-10   493   ARM LOAN ADJUSTMENT
     NEW INTEREST RATE:  0.03625       NEW PRIN & INT PAYMENT:        718.45
02-10-10  02-10   172   PAYMENT
       897.45       216.25     502.20     179.00
                 166,028.96              1009.00    NEW PRINCIPAL/ESCROW BALANCES
01-13-10  02-10   493   ARM LOAN ADJUSTMENT
     NEW INTEREST RATE:  0.03625       NEW PRIN & INT PAYMENT:        718.45
01-13-10  01-10   172   PAYMENT
       897.45       215.60     502.85     179.00
                 166,245.21               830.00    NEW PRINCIPAL/ESCROW BALANCES
```