


## Forensic Mortgage Violation Assessment Screening

## TILA Analysis

| Borrower: | Gustavo Romanello | Date Audited: | 04/26/2011 |
|---|---|---|---|
| Current Servicer: | Bank | Date Closed: | 07/22/2005 |
| Note Holder: | UTD | Loan#: | 000459401-6 |

| Disclosed Final TILDS | | | |
|---|---|---|---|
| APR | FINANCE CHARGE | Amount Financed | Total of Payments |
| 5.8832 % | $269,813.65 | $143,900.75 | $413,714.40 |

| TILA Analysis Actual TILDS | | | |
|---|---|---|---|
| APR | FINANCE CHARGE | Amount Financed | Total of Payments |
| 5.7465 % | $259,331.81 | $143,884.75 | $403,216.56 |

Number of Payments (Monthly): ................................................................... 480
Amount of most common payment: ............................................................... $899.72
Amount of any irregular first payment: ............................................................ $0.00
Amount of any irregular final payment: ........................................................... $0.00

### Based on Independent Assessment & Calculation:

Annual Percentage Rate (APR) Discrepancy: 0.1367 %
Finance Charge Discrepancy: $10,481.84

*Violation APR Tolerance for Error on Fixed Rate Loans is .125%;
**Violation APR Tolerance for Error On ARM is .25%;
***Violation Finance Charge Tolerance for Error is $100; Or If Refinance then 1/2 of 1% of total loan
****Violation Finance Charge Tolerance for Error IF in Foreclosure is $35;