# RAGSDALE Ⓡ LIGGETT



OUR LAWYERS.

Firm Information
Practice Areas
Attorneys
Representative Matters
Contact Us
Media Coverage

# PRACTICE AREAS

## Business Law

General Business Representation

Insurance Regulation

Representing Professionals And Practices

Debt Financing And Capital Transactions

Bank Regulation

Lobbying and Government Relations

Equine Law

## Litigation

Commercial, Employment Practices And D&O Defense

Complex Litigation And Class Action Defense

Construction Litigation

Environmental, Toxic Tort And Mass Tort Defense

Insurance Coverage

Ragsdale Liggett's diverse client base has allowed our trial lawyers to develop a comprehensive practice that offers **litigation services** in many substantive areas, including **disputes involving construction, contracts, franchises, distributorships and transactions**.

We have a creditor's rights and collections practice group, and we handle **business tort litigation**, including **misappropriation, fraud, construction fraud, breaches of fiduciary duties and interference with contracts**. Our real estate lawyers practice in the areas of **title, use, and water rights issues**, as well as routine **landlord/tenant matters**.

## Insurance Defense

In the area of insurance defense, Ragsdale Liggett provides legal counsel with regard to construction defects, coverage questions, and unfair and deceptive trade practices. We handle matters relating to injury and liability, whether personal, product or professional. Our firm will construct an expert defense against a bad faith claim. We are knowledgeable about insurance bad faith law, including legal rules, fact situations and developments from every U.S. jurisdiction.

## Real Estate

With six lawyers focused on **commercial and residential real estate**, Ragsdale Liggett's Real Estate Practice Group is one of the largest in Wake County. Our lawyers are specially equipped to give sound legal and business advice with respect to the complete range of **commercial and residential real estate transactions**.

We are approved attorneys for all major real estate title insurance companies in North Carolina, as well as *state and national financial* institutions. Ragsdale Liggett represents real estate developers, lenders and title companies, and our practice focuses on closing real estate transactions, forming corporate entities for ownership of real estate, and representing various lenders and developers. William A. Mann, the Chair of the Real Estate Group, has been involved in all cycles of the commercial real estate market in North Carolina since the early 1970s. Robert J. Ramseur, Jr. the Chair of the Residential Real Estate Group, handles over 1000 real estate transactions each year and has extensive experience representing buyers and sellers of residential and commercial real estate, real estate developers, homebuilders, banks and mortgage brokers, real estate brokers, landlords and tenants.

**Ragsdale Liggett's real estate practice includes the following services:**

- Sales and purchases of land, *residential* and *commercial* property, including single family homes, condominiums, townhomes, office buildings, warehouses, shopping centers and multi-family residential dwellings
- General representation of developers and homebuilders
- Real estate financing
- Leases and subleases of real property
- Construction, development and architects' contracts
- Brokerage agreements and management agreements
- Easements, restrictive covenants and dedication of public rights-of-way
- Option and Lease-Option agreements
- Commercial real estate loan refinancings, renewals and extensions
- Loan workouts
- Foreclosures and Evictions
- Like-kind exchanges under Section 1031 of the Internal Revenue Code
- Real estate litigation, including partitions actions and boundary disputes

Case 5:12-cv-00371-FL Document 54-10 Filed 01/03/13 Page 2 of 2