COPY

# RAGSDALE ⓡ LIGGETT

PROFESSIONAL LIMITED LIABILITY COMPANY

LAWYERS

POST OFFICE BOX 31507
RALEIGH, NC 27622-1507

CROSSPOINTE PLAZA
2840 PLAZA PLACE, SUITE 400
RALEIGH, NORTH CAROLINA 27612
www.rl-law.com

TELEPHONE: (919) 787-5200
FACSIMILE: (919) 783-8991

ASHLEY CAMPBELL.

DIRECT DIAL (919) 881-2212
E-MAIL: acampbell@rl-law.com

September 29, 2011

*Via Hand Delivery*

Honorable Robert H. Hobgood
Superior Court Judge
Wake County Courthouse
316 Fayetteville Street Mall
Raleigh, North Carolina 27602

    Re:   *Gustavo Romanello and Acela Romanello*
          Wake County Superior Court
          Case No. 11 SP 769

Dear Judge Hobgood:

    Please find enclosed a proposed order for your signature. This order will allow BankUnited to retrieve the original Assignment of Note and Deed of Trust ("Assignment") from the Court file and file the Assignment with the Register of Deeds. In its place, the order will substitute a true and accurate copy of the Assignment.

    A copy of my letter dated September 2, 2011 in regards to this matter is attached for your convenience.

    Thank you for your assistance with this matter.

                           Very truly yours,

                           RAGSDALE LIGGETT PLLC

                           Ashley Campbell

Enclosures

cc:   Mr. Gustavo Romanello

286236