IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | | |
|---|---|---|
| GUSTAVO ROMANELLO and ACELA ROMANELLO, | ) ) ) | |
| Plaintiffs, | ) ) | Case No. 5:12 CV 371-FL |
| v. | ) ) ) | **DEFENDANT'S PROPOSED DEADLINE FOR FILING MOTIONS TO DISMISS** |
| BANKUNITED, INC., TRUSTEE SERVICES OF CAROLINA, LLC, BROCK & SCOTT, PLLC, RAGSDALE LIGGETT, PLLC and ASHLEY H. CAMPBELL, | ) ) ) ) ) | |
| Defendants. | ) | |

Ashley H. Campbell, by and through her undersigned counsel, hereby responds to the Court's June 19, 2013 directive regarding the timing of the filing of additional motions to dismiss and show unto the Court as follows:

1. On June 19, 2013 the Court directed the Parties to submit within 14 days proposed deadlines for filing additional motions to dismiss directed to the Plaintiffs' Second Amended Complaint.

2. The undersigned has conferred with counsel for the remaining Defendants Bank United, Inc., Trustee Services of Carolina, LLC and Brock & Scott, PLLC regarding this issue and all of the Defendants respectfully request the Court to allow them until August 9, 2013 to file additional motions to dismiss directed to Plaintiffs Second Amended Complaint and all discovery be stayed until such time as a decision has been made on the file motion.

This the 1st day of July, 2013.

                              **MANNING FULTON & SKINNER, P.A.**

                By:    /s/ J. Whitfield Gibson
                         Robert S. Shields Jr., Esq. NCSB #10034
                         J. Whitfield Gibson, NCSB #41261
                         3605 Glenwood Avenue, Suite 500
                         Raleigh, NC 27612
                         Phone: (919) 787-8880
                         Facsimile: (919) 325-4621
                         *Counsel for Ragsdale Liggett, PLLC and Ashley H. Campbell*

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing **DEFENDANT'S PROPOSED DEADLINE FOR FILING MOTIONS TO DISMISS** was filed with the Clerk of Court using the CM/ECF System which will send notification of such filing to the following

Gustavo Romanello
Acella Romanello
5445 Thunderidge Drive
Raleigh, NC 27610
*Pro Se Plaintiffs*

Marc Asbill
Brock and Scott, PLLC
5121 Parkway Plaza Blvd., Suite 300
Charlotte, NC 28217-1965
Telephone:704-643-0290
Fax:704-369-0760
Email: Marc.Asbill@brockandscott.com
*Counsel for Brock & Scott, PLLC*

Sean Partrick
Yates McLamb & Weyher, L.L.P.
421 Fayetteville Street, Suite 1200
Raleigh, NC 27601
*Counsel for BankUnited*

Marc Asbill
Brock and Scott, PLLC
5121 Parkway Plaza Blvd., Suite 300
Charlotte, NC 28217-1965
Telephone:704-643-0290
Fax:704-369-0760
Email: Marc.Asbill@brockandscott.com
*Counsel for Trustee Services of the Carolinas, LLC*

This the 1st day of July, 2013.

                **MANNING FULTON & SKINNER, P.A.**

By: /s/ J. Whitfield Gibson
   Robert S. Shields Jr., Esq. NCSB #10034
   J. Whitfield Gibson, NCSB #41261
   3605 Glenwood Avenue, Suite 500
   Raleigh, NC 27612
   Phone: (919) 787-8880
   Facsimile: (919) 325-4621
   *Counsel for Ragsdale Liggett, PLLC and*
   *Ashley H. Campbell*