> **Motion GRANTED.**
>
> This the 15th day of July, 2013.
>
> /s/Louise W. Flanagan, U.S. District Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | |
|---|---|
| GUSTAVO ROMANELLO and ACELA ROMANELLO, <br>     Plaintiffs, <br><br> v. <br><br> BANKUNITED, INC., TRUSTEE SERVICES OF CAROLINA, LLC, BROCK & SCOTT, PLLC, RAGSDALE LIGGETT, PLLC and ASHLEY H. CAMPBELL, <br><br>     Defendants. | Case No. 5:12 CV 371-FL <br><br> **DEFENDANT'S PROPOSED DEADLINE FOR FILING MOTIONS TO DISMISS** |

Ashley H. Campbell, by and through her undersigned counsel, hereby responds to the Court's June 19, 2013 directive regarding the timing of the filing of additional motions to dismiss and show unto the Court as follows:

1. On June 19, 2013 the Court directed the Parties to submit within 14 days proposed deadlines for filing additional motions to dismiss directed to the Plaintiffs' Second Amended Complaint.

2. The undersigned has conferred with counsel for the remaining Defendants Bank United, Inc., Trustee Services of Carolina, LLC and Brock & Scott, PLLC regarding this issue and all of the Defendants respectfully request the Court to allow them until August 9, 2013 to file additional motions to dismiss directed to Plaintiffs Second Amended Complaint and all discovery be stayed until such time as a decision has been made on the file motion.