ATTENTION: CHRISTA BAKER

CASE # 5:12 CV 371-FL

OLD ADDRESS =

5445 THUNDERIDGE DR.
RALEIGH, NC 27610

NEW ADDRESS =

5317 COTTAGE BLUFF LN.
KNIGHTDALE, NC 27545


THANK YOU Ms. BAKER

FILED
AUG 8 - 2013
JULIE A. RICHARDS, CLERK
US DISTRICT COURT, EDNC
BY _____ DEP CLK

GUSTAVO ROMANELLO
ACELA ROMANELLO