GUSTAVO ROMANELLO
5317 COTTAGE BLUFF LN.
KNIGHTDALE, NC 27545

RECEIVED
AUG 08 2013
LLF
JULIE A. RICHARDS, CLERK
US DISTRICT COURT, EDNC

2856049301 3

U.S. COURTHOUSE
c/o CHRISTA BAKER
413 MIDDLE ST.
NEW BERN, NC 28560