THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | | |
|---|---|---|
| GUSTAVO ROMANELLO<br>ACELA ROMANELLO, | )<br>) | |
| | ) | |
| PLAINTIFFS, | ) | |
| | ) | |
| VS. | ) | NO. 5:12-CV-00371-FL |
| | ) | |
| BANKUNITED, INC., TRUSTEE<br>SERVICES OF CAROLINA, LLC,<br>BROCK & SCOTT, PLLC, RAGSDALE<br>LIGGETT, PLLC, ASHLEY H.<br>CAMPBELL, | )<br>)<br>)<br>)<br>) | |
| | ) | |
| DEFENDANTS. | ) | |

## DEFENDANTS BROCK & SCOTT, PLLC AND TRUSTEE SERVICES OF CAROLINA, LLC'S MOTION TO DISMISS

COMES NOW Defendants Brock & Scott, PLLC ("B&S") and Trustee Services of Carolina, LLC ("TSC") (B&S and TSC collectively referred to as "Moving Defendants"), by and through their undersigned attorneys, and respectfully move the Court to dismiss the Second Amended Complaint filed by Plaintiffs, Gustavo Romanello & Acela Romanello, ("Plaintiffs") pursuant to Fed.R.Civ.P. 12(b)(6) for failure to state a claim upon which relief may be granted. In support thereof, Moving Defendants provide the memorandum in support filed contemporaneously with this motion.

WHEREFORE, Moving Defendants move this Court to dismiss Plaintiffs' Second Amended Complaint with prejudice and for such further relief that this Court deems just and appropriate.

Respectfully submitted this 8th day of August, 2013.

                BROCK & SCOTT, PLLC

BY:   /s/ Marc S. Asbill
       Marc S. Asbill, NC Bar #39504
       Brock & Scott, PLLC
       5121 Parkway Plaza Blvd.,
       Charlotte, NC 28217
       704-643-0290 (Phone)
       704-553-7225 (Fax)
       Marc.Asbill@BrockandScott.com
       *Counsel for Brock & Scott, PLLC &*
       *Trustee Services of Carolina, LLC*

THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | |
|---|---|
| GUSTAVO ROMANELLO ) <br> ACELA ROMANELLO, ) <br> ) <br> PLAINTIFFS, ) <br> ) <br> VS. ) <br> ) <br> BANKUNITED, INC., TRUSTEE ) <br> SERVICES OF CAROLINA, LLC, ) <br> BROCK & SCOTT, PLLC, RAGSDALE ) <br> LIGGETT, PLLC, ASHLEY H. ) <br> CAMPBELL, ) <br> ) <br> DEFENDANTS. ) | NO. 5:12-CV-00371-FL |

## CERTIFICATE OF SERVICE

I hereby certify that on August 8, 2013, a copy of the foregoing pleading, with any and all attachments, was filed electronically with the clerk of court via ECF and served via First-Class Mail, postage prepaid, addressed to:

| | |
|---|---|
| Gustavo Romanello <br> Acela Romanello <br> 5317 Cottage Bluff Ln. <br> Knightdale, NC 27545 | Barbara B. Weyher <br> Sean T. Partrick <br> Yates, McLamb & Weyher, LLP <br> P. O. Box 2889 <br> Raleigh, NC 27602-2889 <br> Attorney for BankUnited, Inc. |
| Robert S. Shields , Jr. <br> Jonathan Whitfield Gibson <br> Manning Fulton & Skinner, P.A. <br> P. O. Box 20389 <br> Raleigh, NC 27619 <br> Attorney for Ragsdale Liggett, PLLC and Ashley H. Campbell | |

BROCK & SCOTT, PLLC

BY: _/s/ Marc S. Asbill
      Marc S. Asbill