

**United States District Court
Eastern District of North Carolina**
Office of the Clerk
PO Box 25670
Raleigh, North Carolina 27611

Phone (919) 645-1700
Fax (919) 645-1750

Julie A. Richards
Clerk of Court

August 9, 2013

Gustavo and Acela Romanello
5317 Cottage Bluff Ln.
Knightdale, NC 27545

RE: Romanello, et al v. BankUnited, Inc., et al
    5:12-cv-371-FL
    **Notice to Pro Se Party Regarding
    Response to Motion to Dismiss
    Filed on August 9, 2013 - Docket Entry 65**

Dear Gustavo and Acela Romanello:

Defendant BankUnited, Inc. Has filed a motion to dismiss with regard to the above-captioned case. Local Civil Rule 7.1(e), EDNC, provides that you must respond to a motion within twenty-one (21) days of the date of service of the motion. If you fail to respond, the court may grant the motion and your case could be dismissed.

Rule 5 of the Federal Rules of Civil Procedure requires that copies of anything that you file with the court must be served on all other parties or their counsel, if they are represented. Your material in opposition to the motion to dismiss must be filed on or before September 3, 2013.

Sincerely,

JULIE A. RICHARDS , CLERK OF COURT

(By) *Christa N. Baker*
      Christa N. Baker, Deputy Clerk