IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | |
|---|---|
| GUSTAVO ROMANELLO and ACELA ROMANELLO, <br>     Plaintiffs, <br><br> v. <br><br> BANKUNITED, INC., TRUSTEE SERVICES OF CAROLINA, LLC, BROCK & SCOTT, PLLC, RAGSDALE LIGGETT, PLLC and ASHLEY H. CAMPBELL, <br>     Defendants. | Case No. 5:12 CV 371-FL <br><br> **RAGSDALE LIGGETT, PLLC and ASHLEY H. CAMPBELL'S MOTION TO DISMISS SECOND AMENDED COMPLAINT** |

NOW COMES Ragsdale Liggett PLLC ("Ragsdale") and Ashley H. Campbell ("Campbell"), by and through counsel, and respectfully move the Court to dismiss the Second Amended Complaint filed by Plaintiffs, Gustavo Romanello & Acela Romanello, ("Plaintiffs") pursuant to Fed. R. Civ. P. 12(b)(6) for failure to state a claim upon which relief may be granted. In support thereof, Ragsdale and Campbell have provided a memorandum in support filed contemporaneously with this motion.

WHEREFORE, Ragsdale and Campbell move this Court to dismiss Plaintiffs' Second Amended complaint with prejudice and for such further relief that this Court deems just and appropriate.

761928.RSS.20518.L42996

This the 9th day of August, 2013.

                                        **MANNING FULTON & SKINNER, P.A.**

By:   /s/ J. Whitfield Gibson
       Robert S. Shields Jr., Esq. NCSB #10034
       J. Whitfield Gibson, NCSB #41261
       3605 Glenwood Avenue, Suite 500
       Raleigh, NC 27612
       Phone: (919) 787-8880
       Facsimile: (919) 325-4621
       *Counsel for Ragsdale Liggett, PLLC and*
       *Ashley H. Campbell*

## CERTIFICATE OF SERVICE

I hereby certify that on that copy of the foregoing **RAGSDALE LIGGETT, PLLC AND ASHLEY H. CAMPBELL'S MOTION TO DISMISS SECOND AMENDED COMPLAINT** was filed with the Clerk of Court using the CM/ECF System which will send notification of such filing to the following:

Gustavo Romanello
Acella Romanello
5317 Cottage Bluff, Ln.
Knightdale, NC 27545
*Pro Se Plaintiffs*

Travis Emil Menk
Brock and Scott, PLLC
5121 Parkway Plaza Blvd., Suite 300
Charlotte, NC 28217-1965
Telephone:704-643-0290
Fax:704-369-0760
Email: travis.menk@brockandscott.com
*Counsel for Brock & Scott*

Sean Partrick
Yates McLamb & Weyher, L.L.P.
421 Fayetteville Street, Suite 1200
Raleigh, NC 27601
*Counsel for BankUnited*

Travis Emil Menk
Brock and Scott, PLLC
5121 Parkway Plaza Blvd., Suite 300
Charlotte, NC 28217-1965
Telephone:704-643-0290
Fax:704-369-0760
Email: travis.menk@brockandscott.com
*Counsel for Trustee Services of the Carolinas, LLC*

This the 9th day of August, 2013.

                                    **MANNING FULTON & SKINNER, P.A.**

By:   /s/ J. Whitfield Gibson
        Robert S. Shields Jr., Esq. NCSB #10034
        J. Whitfield Gibson, NCSB #41261
        3605 Glenwood Avenue, Suite 500
        Raleigh, NC 27612
        Phone: (919) 787-8880
        Facsimile: (919) 325-4621
        *Counsel for Ragsdale Liggett, PLLC and Ashley H. Campbell*