NORTH CAROLINA ) IN THE GENERAL COURT OF JUSTICE
) SUPERIOR COURT DIVISION
WAKE COUNTY ) BEFORE THE CLERK
)

IN RE:

Foreclosure of Real Property Under Deed of )
Trust from *GUSTAVO ROMANELLO AND* )
*ACELA ROMANELLO, HUSBAND AND WIFE,* )
in the original amount of *145,100.00*, dated *July* ) AFFIDAVIT
*22, 2005 and recorded on July 25, 2005 in Book* )
*011485 at Page 01309 and* )
*rerecorded/modified/corrected on July 24, 2006* )
in *Book 012075, Page 00183,* Wake County )
Registry

The undersigned, __Cesar Romero__, first being duly sworn, does hereby depose and say:

I am a __Foreclosure Analyst__ of BankUnited, the "Servicer" of the mortgage loan subject to the above proceeding for *BankUnited*, the "Noteholder", and I am authorized to make the representations contained in this Affidavit. I am of the age of the majority and I am under no disability.

For reference, the following party or parties listed on the Note, are referred herein as "Debtor": Gustavo Romanello and Acela Romanello.

In my capacity, I have access to business records which are maintained in the course of its regularly conducted business activities, including the business records for and relating to the Debtor's loan. I make this affidavit based upon my review of those records (which include data compilations, electronically imaged documents, and other information) during the normal course of business relating to the Debtor's loan and from my own personal knowledge of how the records are kept and maintained as of the below executed date.

*BankUnited* is the noteholder of the loan account under Note signed by *Gustavo Romanello and Acela Romanello* and Deed of Trust signed by *GUSTAVO ROMANELLO AND ACELA ROMANELLO, HUSBAND AND WIFE,* dated *July 22, 2005,* in the original sum of *$145,100.00*. The Deed of Trust is *dated July 22, 2005* and *recorded on July 25, 2005 in Book 011485 at Page 01309* and rerecorded/modified/corrected on *July 24, 2006 in Book 012075, Page 00183,* in the Office of the Register of Deeds of *Wake* County, North Carolina.

I. DEFAULT ON DEBT

There has been a default in the payment of the indebtedness evidenced by said Note, the monthly payment for *June 1, 2010* and monthly payments thereafter are in arrears.

Because of said default the holder of said Note and indebtedness secured by said Deed of Trust at its option and pursuant to the terms thereof has accelerated and declared the balance of said indebtedness to be immediately due and payable, the current outstanding principal balance being *$165,359.03* plus interest thereon from the last payment made.

Said holder of said Note and indebtedness has demanded foreclosure of the Deed of Trust securing the same for the purpose of satisfying the indebtedness according to the terms of the Note and Deed of Trust and has authorized the Substitute Trustee to proceed in this foreclosure proceeding.

10-34290

EXHIBIT B

## II. PROPERTY OCCUPANCY & RESOLUTION EFFORTS

Upon information and belief, the undersigned has no knowledge whether the Debtor will be occupying the property as of the date of the foreclosure hearing but may be occupying the property as of the date of this affidavit.

Upon information and belief, to voluntarily resolve the delinquency before the foreclosure proceeding the Noteholder and/or Servicer have attempted to communicate with the Debtor. These attempts may have included, without limitation, sending letters to the Debtor at the property address and/or any other known addresses; telephoning the Debtors to discuss options (unless Debtor has/have been discharged from a Bankruptcy Proceeding or relief from stay has been granted); and, if applicable, soliciting financial information from the Debtor to determine if they qualify for a loan resolution program.

It is requested that the Substitute Trustee foreclose the Deed of Trust under the power of sale contained within the Deed of Trust. The aforesaid has no knowledge of any defense that would prevent foreclosure of said Deed of Trust.

As of the date of this Affidavit, the efforts undertaken by the Noteholder and/or Servicer have not produced a mutually agreeable resolution to the delinquency and the undersigned asks this Court to enter an Order permitting foreclosure.

It is requested that this affidavit be received in evidence by the court in support of the right of the Noteholder to have the Substitute Trustee foreclose upon the lands conveyed by the Deed of Trust as well as evidence demonstrating that, upon information and belief, Servicer has attempted, in good faith, to resolve the delinquency short of a foreclosure sale pursuant to N.C. Gen. Stat. § 45-21.16C.

If the borrower has filed a Chapter 7 bankruptcy, this is not to be construed as an attempt to collect a debt.

This __9th__ day of __February__, 20__11__.

BankUnited

Title: __Foreclosure Analyst__

STATE OF __Florida__
COUNTY OF __Miami Dade__

Sworn to and subscribed before me this __9th__ day of __February__, 20__11__.

__Vanessa Cortez__
Notary Public

My commission expires: __4/27/2012__

VANESSA CORTEZ
Comm# DD0782756
Expires 4/27/12

10-34290