# Declaration of Mailing

Trustee's Sale No. 10-34290  
I, Tracy Harrison, declare:  
Hearing Date: May 16, 2011  
Date:  
Mailing: NOHPrepared  
Page: 16

That I am an officer, agent or employee of Trustee Services of Carolina, LLC whose business address is c/o Brock & Scott, PLLC, 5431 Oleander Drive, Wilmington, NC 28403. I am over the age of eighteen years; On the date indicated below by Certified mail, enclosed in a sealed envelope with postage full prepaid, I deposited in the United States Post Office at WILMINGTON notices, a true and correct copy of which is hereunto attached and made part hereof, addressed to the following:

| Number of Article | Name of Addressee, Street, and Post Office Address | Reg. Fee | Cert. Fee | R.R. Fee |
|---|---|---|---|---|
| 7160 3901 9849 2287 2444 | Gustavo Romanello<br>5445 Thunderidge Drive<br>Raleigh, NC 27610 | $0.44 | $2.80 | $2.30 |
| 7160 3901 9849 2287 2451 | Gustavo Romanello<br>1301 Northwest 42nd Street<br>Fort Lauderdale, FL 33309 | $0.44 | $2.80 | $2.30 |
| 7160 3901 9849 2287 2468 | Acela Romanello<br>5445 Thunderidge Drive<br>Raleigh, NC 27610 | $0.44 | $2.80 | $2.30 |
| 7160 3901 9849 2287 2475 | Acela Romanello<br>1301 Northwest 42nd Street<br>Fort Lauderdale, FL 33309 | $0.44 | $2.80 | $2.30 |
| | | $1.76 | $11.20 | $9.20 |

| Number of Pieces by Sender | Number of Pieces Received | Postmaster (Name) Receiving Employee | Mail By (Name) Sending Employee |
|---|---|---|---|
| 4 | | | |

I certify (or Declare) under penalty of perjury under the laws of the State of NC that the foregoing is true and correct.



(Date)  
16  
2011  
USPS

_____  
(Declarant)

EXHIBIT D

**UNITED STATES POSTAL SERVICE**

Home | Help | Sign In

Track & Confirm | FAQs

## Track & Confirm

### Search Results

Label/Receipt Number: 7160 3901 9849 2287 2444
Status: Delivered

Your item was delivered at 10:58 am on March 24, 2011 in WILMINGTON, NC 28403. A proof of delivery record may be available through your local Post Office for a fee.

Additional information for this item is stored in files offline.

(Restore Offline Details >) (?)  (Return to USPS.com Home >)

Track & Confirm
Enter Label/Receipt Number.

(Go >)

Site Map | Customer Service | Forms | Gov't Services | Careers | Privacy Policy | Terms of Use | Business Customer Gateway

Copyright© 2010 USPS. All Rights Reserved.    No FEAR Act EEO Data    FOIA


**UNITED STATES POSTAL SERVICE**®

Track & Confirm | FAQs

## Track & Confirm

### Search Results

Label/Receipt Number: 7160 3901 9849 2287 2451
Status: Delivered

Your item was delivered at 11:27 am on March 14, 2011 in WILMINGTON, NC 28403. A proof of delivery record may be available through your local Post Office for a fee.

Additional information for this item is stored in files offline.

( Restore Offline Details > ) (?)   ( Return to USPS.com Home > )

**Track & Confirm**
Enter Label/Receipt Number.

( Go > )

---

Site Map | Customer Service | Forms | Gov't Services | Careers | Privacy Policy | Terms of Use | Business Customer Gateway

Copyright© 2010 USPS. All Rights Reserved.   No FEAR Act EEO Data   FOIA



Home | Help | Sign In

Track & Confirm | FAQs

# Track & Confirm

### Search Results

Label/Receipt Number: 7160 3901 9849 2287 2468
Status: Delivered

Your item was delivered at 10:58 am on March 24, 2011 in WILMINGTON, NC 28403. A proof of delivery record may be available through your local Post Office for a fee.

Additional information for this item is stored in files offline.

(Restore Offline Details >) (?)   (Return to USPS.com Home >)

**Track & Confirm**
Enter Label/Receipt Number.

( Go > )

---

Site Map    Customer Service    Forms    Gov't Services    Careers    Privacy Policy    Terms of Use    Business Customer Gateway

Copyright© 2010 USPS. All Rights Reserved.    No FEAR Act EEO Data    FOIA


UNITED STATES
POSTAL SERVICE®

Home | Help | Sign In

Track & Confirm    FAQs

# Track & Confirm

## Search Results

Label/Receipt Number: 7160 3901 9849 2287 2475
Status: Delivered

Your item was delivered at 11:27 am on March 14, 2011 in WILMINGTON, NC 28403. A proof of delivery record may be available through your local Post Office for a fee.

Additional information for this item is stored in files offline.

( Restore Offline Details > ) (?)    ( Return to USPS.com Home > )

**Track & Confirm**
Enter Label/Receipt Number.

( Go > )

Site Map    Customer Service    Forms    Gov't Services    Careers    Privacy Policy    Terms of Use    Business Customer Gateway

Copyright© 2010 USPS. All Rights Reserved.    No FEAR Act EEO Data    FOIA