UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF NORTH CAROLINA

WESTERN DIVISION

FILED

SEP 1 9 2013

JULIE A. RICHARDS, CLERK
US DISTRICT COURT, EDNC
BY_____ DEP CLK

| | | |
|---|---|---|
| Gustavo Romanello, et al | ) | |
| | ) | |
| VS. | ) | case #: 5:12-cv-371-FL |
| | ) | |
| BankUnited, Inc ., et al | ) | |

MOTION FOR LEAVE TO FILE AMENDED COMPLAINT

COMES NOW Gustavo and Acela Romanello ("Plaintiffs"), who hereby move the Court for an order granting them Leave to file an amended complaint in the above referenced case pursuant to Federal Rule of Civic Procedure 15 (a), and in support, Plaintiffs provide a Memorandum filed with this motion.

WHEREFORE, Plaintiffs move this Court to order and grant this Motion for Leave to file an Amended Complaint.

Respectfully, this September 17th of 2013

_____

## CERTIFICATE OF SERVICE

The undersigned hereby certify that on September 19th, 2013 a copy of the foregoing Plaintiffs Motion for Leave to file an Amended Complaint was served upon all parties of this action as follows:

Sean T. Partrick

YATES MCLAMB & WEYHER, LLP

421 Fayetteville St., ste. 1200

Raleigh, NC 27601

Counsel for BankUnited, Inc.


Marc S. Asbill

BROCK & SCOTT, PLLC

5121 Parkway Plaza Blvd., ste. 300

Charlotte, NC 28217

Counsel for Brock & Scott, PLLC and

Trustee Services of North Carolina, LLC


J. Whitfield Gibson     Robert Shields

MANNING FULTON & SKINNER, P.A.

3605 Glenwood Ave., ste. 500

Raleigh, NC 27612

Counsels for Ragsdale Liggett, PLLC and

Ashley H. Campbell

This September 19, 2013

_[signature]_

5317 Cottage Bluff Ln.

Knightdale, NC 27545

Tangogaucho@gmail.com

CERTIFICATE OF SERVICE

The undersigned hereby certifies that on September 17th, 2013 a copy of the foregoing Order was served upon all parties of this action as follows:


Sean T. Partrick

YATES MCLAMB & WEYHER, LLP

421 Fayetteville St., ste. 1200

Raleigh, NC 27601

Counsel for BankUnited, Inc.


Marc S. Asbill

BROCK & SCOTT, PLLC

5121 Parkway Plaza Blvd., ste. 300

Charlotte, NC 28217

Counsel for Brock & Scott, PLLC and

Trustee Services of North Carolina, LLC


J. Whitfield Gibson     Robert Shields

MANNING FULTON & SKINNER, P.A.

3605 Glenwood Ave., ste. 500

Raleigh, NC 27612

Counsels for Ragsdale Liggett, PLLC and

Ashley H. Campbell


This September 17, 2013

Gustavo Romanello _____

Tangogaucho@gmail.com     919-649-4494