UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

GUSTAVO ROMANELLO )
and ACELA ROMANELLO, )
 )
        Plaintiff, )
 )
v. ) **JUDGMENT**
 ) No. 5:12-CV-371-FL
BANKUNITED, INC.; TRUSTEE SERVICES )
OF CAROLINA, LLC; BROCK & SCOTT, PLLC; )
RAGSDALE LIGGETT, PLLC; and )
ASHLEY H. CAMPBELL, )
 )
        Defendants. )

**Decision by Court.**

This action came before the Honorable Louise W. Flanagan, United States District Judge, for consideration of defendants' motions to dismiss the amended complaint and the second amended complaint.

**IT IS ORDERED, ADJUDGED AND DECREED** in accordance with the court's orders entered June 19, 2013 and December 12, 2013, and for the reasons set forth more specifically therein, that all claims arising in this case having been dismissed, the plaintiffs shall have and recover nothing from this action.

**This Judgment Filed and Entered on December 12, 2013, and Copies To:**
Barbara B. Weyher (via CM/ECF Notice of Electronic Filing)
Sean T. Partrick (via CM/ECF Notice of Electronic Filing)
Mark Stephen Asbill (via CM/ECF Notice of Electronic Filing)
Travis Emil Menk (via CM/ECF Notice of Electronic Filing)
Robert S. Shields, Jr. (via CM/ECF Notice of Electronic Filing)
Jonathan Whitfield Gibson (via CM/ECF Notice of Electronic Filing)
Gustavo and Acela Romanello (via U.S. Mail) 5317 Cottage Bluff Ln., Knightdale, NC 27545


December 12, 2013        JULIE A. RICHARDS, CLERK
                                   /s/ Christa N. Baker
                               (By) Christa N. Baker, Deputy Clerk